UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**

DEC 0 7 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

----------------------------------------------------------------

MICHAEL GROSS            (        CIVIL ACTION NO. 2:17-cv-02566- CKD

                         (
      Plaintiff          (
                         (
          VS.            (
      DEFENDANTS         (
                         (
                         (
FCI HERLONG  MEDICAL, RECORDS,     (
SCHEDULING,  UTILIZATION COMMITTEE  (     PLEADINGS  IN A CIVIL ACTION
HSA MCCOY, WARDEN FELICIA PONCE    (
THE BOP,NURSE TABOR                (     PURSUANT TO 28§1331

----------------------------------------------------------------

A serious medical need exists if the failure to treat a prisoners condition
could result in further significant injury or the unnecessary and wanton infliction
of pain. Indications that a prisoner has a serious need for medical treatment
include the existence of an injury that a reasonable doctor or patient would
find important and worthy of comment or treatmnet, the presence of a medical
condition that significantly affects an individuals daily activities . Any
treatment to which a prisoner is exposed is a form of punishment , because it
is an additional punishment above that imposed by the sentencing criminal court.
As the result of being a punishment , it is subject to the Eighth Amendment
review... The plantiff now has[" severe visual impairment " legally blind right
eye"] See exibit P #6 dated 1-06-2017 signed by Dr. Allred DO/CD....This therefore
establishes the plantiff as handicap under 28 503. §41.3 subpart B

### Questions for Review

(1) Have prison officals and the BOP responded to a serious medical need with
deliberate indifference , a violation of the eight amendment.

(2) Or in the alternative have they violated general principles stemming from
the due process clause of the fourteenth amendment, cruel and unusual punishment
a violation of due process.

11-30-17
DATED

MICHAEL GROSS

## INDEX

1.  PLEADINGS IN A CIVIL ACTION...........................................PG.1-15

2.  PLEADINGS SUMMARY.....................................................PG.16-19

3.  JUDGEMENT REQUESTED...................................................PG 20-21

4.                              <u>ATTACHMENTS</u>

5.      A.   WITNESS LIST

6.      B.   INFORMAL RESOLUTION

7.      C.   BP 9 AND RESPONSE

8.      D.   BP 10 AND RESPONSE

9.      E.   BP 11 AND RESPONSE

10.     F.   UTILIZATION REVIEW COMMITTEE NOTIFICATION      11-18-2015

11.     G.   DR. HUM REPORT           03-28-2016

12.     H.   DR. MICHELSON REPORT     05-03-2016

13.     I.   DR. HILL REPORT          06-13-2016

14.     J.   DR. DHINDSA   REPORT     06-16-2016

15.     K.NORTHERN NV. MEDICAL CENTER 07-20-2016

16.     L.   DR. DHINDSA   REPORT     09-09-2016

17.     M.   DR. DHINDSA   REPORT     12-27-2016

18.     N.   DR. HISS      REPORT     08-08-2017

19.     O.   E-MAILS IN ORDER BY DATE

20.     P.   MISC.EXHIBITS

21.

22.

23.

24.

25.

26.

27.

28.

" PLEADINGS IN A CIVIL ACTION "

1.       TIMELINE OF EVENTS AND FACTS , TO ESTABLISH THE DELAY IN MEDICAL ACTION

2.  OR INACTION AND DELIBERATE INDIFFERENCE, CAUSING CRUEL AND UNUSUAL PUNISHMENT.

3.       The plaintiff believes this timeline will establish the events that

4.  have occurred over the past two plus years, giving the court a better under-

5.  standing for the pleadings that follow.

6.       This all began in August of 2015 when the plaintiff had a sharp pain

7.  in the right eye. He thought that this was sand in the eye due to a recent

8.  sand storm( Herlong is located in the high desert). After approximately two

9.  weeks the plaintiff was experiencing blurred vision . He put in for sick

10. call which amounted to at that time ( have since changed their procedure)

11. putting a BP 149 ( inmated request to staff) in a slotted box outside of

12. the medical door. See exhibit P. #1. Then to wait for a call out, for an

13. appointment. The plaintiff having seen medical staff several times after

14. this at pill line, had stated his problems and concerns , only to be told

15. to watch for a call out.... They had stated that they had seen the BP 148

16. in question and to watch for a call out...

17.       Approximately the middle of October I was finally on a call out for

18. medical.. This test was done by Mr. Tabor and a lady ( name unknown). At

19. that time I could not see any letter on the eye chart test and could only

20. see blurs of color. They said to watch the call outs or to contact medical

21. if it got any worse, or if a hadn't heard from medical within the month.

22. Through out the next month I had stopped by medical and talked with Tabor,

23. which always netted the same response ( watch the call outs). He did check

24. my vitals once and said that all was well. On the 19th of november 2015 I

25. received notification from the utilization review committee via mail call.

26. They had reviewed my charts and once again watch the call outs for an MRI

27. truck and also i was put in for an OD consult. See exhibit  F....It is now

28. the holiday season and limited staff..................

1.     Over the next several months I had talked with HSA McCoy at mainline
2. and she stated she would check on it. Going so far as to take my name and
3. number, she never did get back to me on this matter..
4.     I went again to nurse Tabor who was at the camp doing pill line, he
5. looked on the computer to see what he could find and told me that he saw
6. no MRI scheduled . He did say that an optomitrist was scheduled and once
7. again to watch the call outs... I had ask at that time about sunglasses
8. or a patch because I couldn't take the light , he told me that that wasn't
9. happening.
10.     I could see that I was getting nowhere and saw that I needed to start
11. documenting my dilemma and concerns, I was tired of being told to watch
12. the call outs, I had to have people look at the call out for me, because
13. I ccouldn't see it.....
14.     I then started a series of E-mails to HSA McCoy .... I kept being told
15. to go to sick call ( I have already mentionedthe procedure for this , drop
16. a BP 148 in a box) and wait for a call out....How is the going to help they
17. already knew my problem, I can't see an eye chart.. E-mails are included
18. See exhibits O listed by date
19.     On 3-21-2016 I filed an informal resolution after being told numerious
20. times that I could go to sick call... I don't think that another eye chart
21. test will help my problem.
22.     At this same time I was told in an E-mail that an optometry consult
23. was pending.... Was this still the one that the Utilization review committee
24. approved in November ( 4 months earlier)
25.     My informal resolution was answered at this same time, stating the
26. same ( watch the call outs) that an optometry consult was scheduled.
27.     On 3-28-2016 I was finally seen by Dr. Hum and at this time he stated
28. that he saw a hemmorage in the right eye and that I needed to see an

1. ophthalmologist. That he could help the vision in the good eye with glasses,

2. but that I should wait and come back to see him after I had the other eye

3. taken care of..... At this time I had also mentioned to him about the

4. lighting and the possibility of sunglasses or a patch... He said from what

5. he knew that that was not going to be allowed.

6.     On 4-6-0216 I submitted my BP 9 stating all of the previous that had

7. taken place .( see exibit C ) I was not going to stop the administrative

8. process just because they had an optometrist look at my eye .. Dr. Hum recommended

9. an ophthalmology consult and I didn't figure I could wait another 7-8 months

10. for them, this is the amount of time already wasted.

11.     Over the next several weeks , more E-mails to HSA McCoy asking about

12. the usage of sunglasses or a patch. At  this point I am walking around with

13. my right eye closed. Her response is to say that no condition exists to

14. warrant sunglasses or a patch . Mind you we are housed in a large barn like

15. building..approximately 8400 square feet and 73 light fixtures, with four

16. flouresent tubes per light an d of all different spectrums.. these lights

17. are on from 6:00am until 10:00pm.. I think this in itself establishes a

18. condition , not to mention not being able to see.

19.     On 5-3-2016 I received the response to my BP 9 signed by Warden Felicia

20. Ponce.. She had stated that I was receiving appropriate medical evaluation

21. and continue to have access to sick call(see exhibit C ) This was signed

22. on the 26th of april ... what evaluation is she referring to ... I had been

23. to the optomitrist and we knew that glassesweren't going to fix this..

24.     On this same day several hours after I received the response to my

25. BP 9  I was sent to St. Mary's Hospital in Reno  Nv. Where i was seen by

26. a Doctor Michelson, who seemed as confused as I and the Transport Officer

27. ( C. Coons )The doctor had been given the report from Dr. Hum , the optomitrist

28. that said I needed an Ophthalmologist consult not an E.R. room...He had

ask the transport officer why I was their. The Dr. at that time stating

that the prison had dropped the ball and were trying to cover their asses,

while at the hospital Dr. Michelson hadcalled an ophthalmologist by the

name of Dr. Hill , to consult with ,this is also noted on the dr. report

from St. Mary's hospital .The Dr. said that i was "fucked", that because

they had waited so long that i would not be able to regain full eye sight.

This was witnessed by officer C. Coons at the time.

On 5-10-2016 I submitted my regional administrative appeal ( BP 10)

Mind you I have still not seen an ophthalmoligist and that all of this

started in september of 2015 and I still can't see. Region was given an

extention of time to reply until the 15th of july..

On 5-09-2016 there were several more E-mails with HSA McCoy wanting

the report from the hospital . Where I am told there were no documents

just a follow up with an ophthamoligist. (see Exhib.O dated as above)

On 5-20-2016 I went to medical and saw nurse Tabor . He told me that

my ophthalmology request was still pending. I brought to his attention

how long this had been going on since he first saw me in Oct. of 2015. He

stated that he didn't see me in Oct... I called bullshit and told him that

he had sat on the counter and had given me the eye chart test and telling

a lady what to put in the computer.. He said the test was listed on her

and not him. So now he is trying to cover his ass. He was the one doing

the exam and would of been the one to put in for the further testing .How

would she have known what to do and put me if for if she was in training?

While seeing Tabor I once again ask about the eye patch or the ability

to wear my sunglasses. He stated there was no justification , I ask him

how about the humanity or deceny. I walk around here with one eye closed

and am now being called cyclops.. not to mention the loss of balance ,

he just smiled.

1.     On 5-20-2016 I received a response from the joint commission . I had

2. written to them to see if there was any help they could give me. I didn't

3. care about all of this filing and administrative remedy work, I just wanted

4. my eye looked at and felt my rights to due process had been violated or

5. ignored see exhibit. P 3 At this same time i received several letters from

6. lawyers that i have mentioned in my motion to appoint counsel exhibit P3

7.     On 6-2-2016 at mainline ( lunch) I was told by HSA McCoy that I had

8. been getting my"recommended ophthalmology ( treatments or visits)"I did

9. not go to the ophthalmologist until 6-13-2016... I n § 1983 lawsuits ,

10. supervisors can be held liable for ( 1) their own culpable action of or

11. inaction in the training , supervision or control of subordinates their

12. acquiescence in the complained of constitutional deprivation , and (3)

13. conduct that showed a reckless or callous indifference to the rights of

14. others. She must of been referring to the Ophthalmologist that Dr. Michelosn

15. at St. Mary's had called ( Dr. Hill) once again ask her about the sunglasses

16. or patch and once again stating my problem with balance and walking around

17. here, I was once again told NO

18.     On 6-6-2016 another E-mail to HSA McCoy asking for the assessment

19. from the E.R. visit Mind you this was on the 3rd. of May and I still haven't

20. seen it.The response once again was to go to sick call to discuss the E.R.

21. visit,That a"routine ophthalmology visit was scheduled"Where 3 days prior

22. she stated I was receiving my ophthalmology treatment or visits.How at

23. this time can this be referred to as a routine visit.I haven't been able

24. to see for over 9 months now and they find blood in the eye and I am to

25. believe this is routine.. would this be callous on her part?

26.     Finally on 6-13-2016 I went to my first ophthalmology visit in Reno

27. Nv.. This was with Dr. Hill the one that Dr. Michelson from St. Marys had

28. called to discuss the problem back on the 3rd. of May. At this time dr.

1. Hill had said that I had a detached retina and that he was recommending

2. surgery within a week. This was witnessed by officer M. Gray..He also ask

3. why it had taken so long for the prison to get me help , that time was

4. crucial. He said that he would write to the prison and make a copy incase

5. they lost it. He was also going to write urgent on the report , that the

6. previous report stating an emergency netted me an E.R. visit and thatanother

7. E.R. visit was not in order. That had the prison got me in whe n I first

8. complained and they realized I had a problem he could of almost quaranteed

9. the restored vision 100% Or even when first detected by the optometrist

10. or even the E.R. room .. But now that it had been 9-10 months that he doubted

11. that my sight could be restored at least not fully.. but added that some

12. was better than none.

13. Saw HSA McCoy at mainline on 6-15-2016 and had ask her about the surgery

14. that Dr. Hill recommended and she had said that once again my case was

15. being reviewed for further evaluation

16. On this same day i had went to see nurse Miller at pill line to see

17. what she had heard... She stated that she had talked to Dr. Allred the

18. clinical director here at fci/fpc Herlong when i got back from the ophthalmologist

19. on the 13th of June... She stated that he told her that he wasn't waisting

20. anymore time because this was urgent and that he wasn't' waiting,that he

21. would put me in for the retina specialist/surgeon ASAP

22. The very next day 6-16-2016 I was taken to  H.D. retina in Reno NV.

23. Dr. Dhindsa had the same to say as the previous Dr. Hill. That he couldn't

24. gaurantee  anything at this point that had I been brought in earlier he

25. could have almost guaranteed a successful outcome. This was witnessed by

26. officer M. Albonico the trasnsport officer..Then the Dr. and I discussed

27. the pro's and con's of the surgery, that because of the scar tissue I would

28. continue to have vision problems....That because of the eye drops used

1.  pre-op that these would accelerate the need for cataract surgery after

2.  I was released by him. He wanted to schedule surgery within the week, once

3.  again this was crucial if he was to save any vision.The Dr's office tried

4.  calling the provider to schedule the surgery because officer Albonico said

5.  he couldn't ok it. Once we got back to the prison nurse Tabor grabbed the

6.  paperwork ( nurse Miller  present) and read it and looked at me and said

7.  " see this " ( pointing at the paper) " this isn't happening" quoted...

8.  of course I couldn't see what he was referring to and ask nurse Miller

9.  a week later when I saw her, at pill call at the camp... she said that

10.  she wasn't sure and just shrugged.

11.     several days later at mainline I had ask HSA McCoy about the surgery

12.  and she stated that approval was pending...The same response on 6-23-2016

13.  in E-mails to HSA McCoy , that pending scheduling.

14.     on 7-11-2016 pre-op at H.D. Retina with transport officer D. Wilson,

15.  The officer was given the pre-op orders and said that he would pass them

16.  on to medical.... i have not seen them to this day ...several things were

17.  mentioned during this conversation with D.r Dhindsa..... several things

18.  of great concern to me.... the fact that there would be a gas bubble in

19.  the eye and that i could not raise in elevation . That this could cause

20.  total blindness..This paper work was all turned over to medical when the

21.  officer and I got back to the prison..

22.     On 7-13-2016 at mainline (lunch) I talked to the warden Ponce about

23.  my concerns of the elevation situation.. That this was all part of the

24.  info that was sent to the prison that no one seems to know what happened

25.  to.. The Warden took down my info  , name and number and said that she

26.  would talk to the HSA and get back to me... I have not seen  Warden Ponce

27.  or HSA McCoy since that time...My concerns were the fact that to get to

28.  the prison we have to increase in altitude by about 2,000 feet.

1.     On 7-14-2016 I was on call out to see medical for an EKG. this was

2. done by nurse Tabor , he told me this had been ordered by H.D. Retina.

3.     On 7-15-2016 was on call out to see nurse Miller and another lady

4. (name unknown) this was for a blood draw that was also for H.D. retina

5. and the hospital.

6.     On 7-18-2016 I submitted a deficient BP 11because I had not received

7. the response to my BP 10 and therefore could not include it in my central

8. office appeal. I also noted in my appeal that I had not received a response

9. to my BP 10 and therefore could not include  one. I filed this 3 days after

10. their response. the frustration was building and I wasn't waiting , they

11. already had an extention of time to reply.

12.     On 7-19-2016 on medical call out for 1:00pm to get med's( eye drops)

13. for post op medication... Someone must have the pre-op orders because that

14. is where this would have been.

15.     ON 7-20-2016 AT 9:00 AM. while at work I was told that I was going

16. out to surgery .. I told the officer ( M. Munn) that no that couldn't be

17. that I wasn't supposed to eat before surgery and that no one had said a

18. word. Officer M.Munn said that there was nothing on his paper work and

19. he called HSA McCoy to find out..she said that she knew nothing of that.

20. ( how many surgery's have you ever heard of that you can eat before.?)

21. Several minutes later she called back to say oh yes that a LT.was supposed

22. to tell me that night before.So now it was put off to correctional and

23. not medical. She had officer M. Munn call the hospital and the dr.s office

24. to see if it was still a go...( I had eaten an  orange about a half hour

25. before and had two cups of coffee in the morning)after several phone calls

26. they determined that it was still a go,that they would have to wait.. for

27. the officer to go ahead and bring me in.The surgery had to be delayed five

28. hours because of them not telling me.I also had to tell officer Munn of

1. my concerns about the raise in elevation. The Dr's office had told me about going
2. slow and to stop if I were to get sick and turn around and come back to
3. the hospital. I brought all of this up infront of the transport officer
4. (M. Munn) because he knew nothing of this that there was nothing in his
5. paper work . The officer knew nothing of the orders or concerns, that the
6. prison had told him nothing of this. Medical was to also send along the blood
7. test results and the EKG . The blood test had been sent along but not the
8. EKG that nurse tabor had taken. Officer M. Munn the transport officer drove
9. on the shoulder of the read and had the flashers going just to make sure.
10. At least I felt that someone was looking out for my safety and some of
11. my concerns. Once back at the prison I was told that I had to buy my meds.
12. on commissary . We shop once a week and I had already shopped for the week..
13. Ms. miller made a phone call and went and brought some back out of night
14. stock, but I wasn't supposed to say anything.
15.      On 7-21-2016 I went back to HD retina this time with an officer Lenz
16. for a post op examination . At this time I was given sunglasses and also
17. post operation instructions that were sent back to the medical department
18. at the prison. After E-mails and stopping by medical I was given these
19. instructions... but not until five days after surgery..Mind you I still
20. had no medical pass to wear the sunglasses but most of the CO's knew of
21. the situation and let me wear them( but not all) So then the rest of the
22. time I would walk around with one eye closed. ( sounds humane).
23.
24.      On 7-22-2016 I was also on a call out to see the clinical director
25. Dr.  Allred . This is the first meeting with Dr. Allred and he was trying
26. to bring himself up to speed on what was going on. he wanted to know when
27. this had all started
28.

1. and a timeline of what I had been going through. also that if I needed
2. something to go through him or nurse Miller. That would now be the loop,
3. just leave everyone else out of the circle and that he would get it done.
4. He went on to say how sorry he was that I had been put through all of this
5. and wished he would have gotten involved earlier. That he had started at
6. Herlong In Feb. 2016 and was not here at the on slaught. He wanted to know
7. what I remembered Dr. Dhindsa telling me for post orders because he hadn't
8. seen any either.We talked of the further eye surgery for the cataracts that
9. I was supposed to have after I was cleared by Dr. dhindsa.. This had also
10. been noted by all the Dr's that I had seen during my examinations and evaluations.
11. That the steroid eye drops used post surgery were going to accelerate the
12. cataracts and the need for the further surgery ..see exhibit P #4 That
13. it probably wouldn't help with the vision but it would let more light into
14. the eye, in stead of the curtain or vail..

15.     On 7-27-2016 The plantiff went to H.D. Retina for a post op examination
16. , still a large gas bubble in the eye and still not supposed to liff or do
17. anything. Gave the transport officer ( J Freelove)more instructions, which
18. I ask him to make sure that he told medical I wanted a copy that I was not
19. receiving my post order instructions or any of my paper work. Several E-mails
20. To HSA McCoy and still no instructions to this day , of course it is all
21. a little late now.... I had to go on the memory of what the doctor told me.

22.     On 8-15-2016 the Central Office remedy coordinator response,that I had
23. to resubmit my response once again ... with the  response from my BP!0..This
24. would be the response that I never received and had told them so...see exhibit
25. E...As you can see in this exhibit I had submitted this appeal on July 25th....
26. August 29th. and the last time on October 5th

27.     On 9-9-2016 Another post op examination by Dr. Dhindsa stating once again
28. that cataract surgery may benifit in the future  that the cataracts were increased

1. due to the detachment and the steroid eye drops used post op....see exhibit

2. P #4. Vision at this time is now 20/300 ( legally blind) That once I was

3. cleared he recommended that i had the cataract surgery.

4.   9-15-2016 another deficient note from the Central Office Coordinator and

5. the return of my BP 11 once again. This time stating that I could get a copy

6. of my BP 10 response from my unit team... Why hadn'tthe unit team given me

7. one to start with ? or the administrative coordinator? After seeing my

8. counselor and case manager and them not being able to do anything for me,

9. I E-mailed the camp administrator asking for his assistance.. This took several

10. days for them to come up with it...I immediately resubmitted my appeal ,

11. of course by this time several months had passed since my original had been

12. filed.. the original had been sent on the 15th Of July and it is now the

13. 20 th of September... Their denial states everything including post appeal

14. facts or misfacts..... My BP 11 appeal was not able to include responses

15. to to any of the comments from the regional response,since I had done the

16. appeal with out the benifit of seeing a reply from the regional office..

17. At every avenue I have been delayed as can be seen......

18.    On 12-27-2016 I once again went to H.D. Retina in Reno. Nv. for a follow

19. up .. at this time Dr. Dhindsa stated that I was cleared for cataract surgery

20. and that it was recommended...see exhibit M.

21.    On 1-6-2017 I was on a call out to see Dr. Allred ( clinical director).

22. He wanted to know how things were going , he was unaware of the recent visit

23. to Reno to see Dr. Dhindsa He told me that now that I was released for cataract

24. surgery that he would put in to region for the approval .. He also wrote

25. the pass for the sunglass that the dr. had given me in July.. the glasses

26. that i have ask for for almost 1 andI/2 years now...I also got a pass

27. for a lower bunk because I am legally blind 20 /300 . See exhibit P#6..

28.    Several E-mails since that time to medical and visits to medical..

1.     With E-mails from Dr. Allred stating that region had approved the consult/s
2. surgery in 1-24-2017.. I then waited and waited until May of 2017 and went
3. to see Ms. Miller about my next surgery . She looked on the Computer and
4. could not find anything about it . She did eventually find the approval from
5. region and nothing more( no scheduling dates) She then made several phone
6. calls and the people she talked to it was obvious did'nt know wht she was
7. talking about because she had to tell them everything . She told Me I had
8. to get back to her that they couldn't find anything. ,No scheduling or where
9. I had been put in for anything further. That she would try and find out and
10. would talk to Dr. Allred too. By now another month had passed and no word,
11. it is now the middle of June and I have been to see Ms. Miller several times.
12. She stated that she has talked to the person incharge of scheduling and no
13. word either , that they " had dropped the ball once again.
14.     On 6-22-2017 In an exchange of E-mails with Dr. Allred , he stated that
15. the " approved surgery is pending scheduling " see exhibit O dated 6-22
16.     On 8-8-2017 I finally had an appointment with an eye specialist in Reno
17. Nv. by the name of Dr. Hiss ..see exhibit N I was taken to this appointment
18. by officer Dominguez who sat through the appointment with me, The doctor wanted
19. to do the surgery in two weeks , of course the officer could not ok any of
20. this , but could pass the appropriate paperwork to medical.
21.     on 8-13-2017 I tried to e-mail medical to get the results and recommendation
22. fromthe eye specialist that I had just seen..at that time I was told that
23. there was "NO PRORITY DUE TO TRANSFER DATES" see exhibit O dated 8-13-2017.
24. I feel as though I am now being threatened with a transfer, just because I
25. am asking for what i feel I should have.... they have not been concerned with
26. getting me the paperwork that I should have,whether pre-op or post -op.
27. which in many cases has put me in danger of loosing my sight entirely .
28.     On 8-29-2017 I went to see nurse Miller to get my results and Pre-op

1. instructions as instructed to do by williams in medical records...this is
2. whom Ms. Miller said I needed to e-mail in order to get my paperwork in question
3. Where in his e-mail he states to get the results from Ms. Miller however
4. "the recommendation is not clear enough for the provider". see exhibit O dated
5. 9-7-2017...so now they are saying that they don't know what the recommendation
6. is... that was the whole reason for the pre-op... why would you have pre-op
7. for cataract surgery and then say that you didn't know what it was for ?
8. this does not take a rocket scientist to see the problem here....  I then
9. went in to see ms. Miller concerning this .... She told me that the utilization
10. review committee once again has to sign off on it...dr. Allred told me that
11. the approval had been done by region in January   ... Dr Allred and I talk
12. extensively about the further surgery back in january... Why would you schedule
13. a pre-op consult and nothing further ? Please see Exhibit N .. This is the
14. recommendation from Dr. Hiss from the 8-8-2017 eye exam in question..
15.     The same day that i received the E-mail from Williams , officer Dominguez
16. was working at the camp as the unit officer... I showed the E-mail to him
17. and he couldn't believe it either Stating that " isn't that why we went "
18. That he thought the whole trip to Reno was for the consult for the surgery.
19. He told me to use his name if I wanted to, that he would testify if needed.
20. I then took the E-mail to my unit teams , case manager and counselor....
21. the cse manager said that he would get ahold of the camp administrator about
22. it ( Mr Koger)
23.     Right after this I went to see nurse Miller as I had just seen her come
24. in...I showed her the E-mail and that williams had stated he would send the
25. paperwork with her....She was confused also stating that  was the whole reason
26. for me going to Reno to the specialist for the cataract surgery.She gave
27. me the paperwork that Williams said he would send with her,and we had NO
28. problem reading the recommendation on it."cataract surgery recommended"

1. once again see exhibit N ....Ms. Miller once again stating she would talk

2. to Dr. Allred ( CD) about it. I have been back to medical several times

3. since this and she is now saying that it is not her fault that she is

4. trying. That the whole idea for the eye specialist was for consult/ surgery.

5.     On 9-26-2017 Went to see nurse Miller at pill line and she states that

6. the surgery is now real soon , but can't give me the pre-op instructions.

7.     On 10 -15-2017 was called to the FCI where I was handcuffed and taken

8. to the SHU on a medical lock-up. This is referred to as an NPO see exhibit

9. P dated 10-15-2017

10.     The next day 10-16 -2017 Went to reno for the cataract surgery and

11. lens implant and at that time was given another pair of sunglasses .

12.     On 10-17-2017 Went back to the eye specialist for a post -op exam.

13. Where I went over the post -op orders with Dr. Hiss.

14.     On 1023-2017 Was back at the eye specialist, It seems as though there

15. is now a cyst on the back of the eye and he wanted me back in to see him

16. in three weeks.

17.     On 11-16-2017 went back to the Dr. and the cyst has now gotten larger.

18. The Dr. and I at this time went over new medication that he was giving

19. me and ask the transport officer to see that i got.. of course this had

20. to be handed over to the medical to make sure this was something that

21. i could have..Once back at the prison I was told that I would get the

22. eye drops at pill line..At pill line I received the eye drops and a sticky

23. note attached to them.. see exhibit P #9..once again they are creating

24. excessive risk of serious harm. The next exhibit is the actual instructions

25. that came with the eye drops... I stated to the nurse ( name unknown)

26. that the dr. told me to put it in the right eye only and not both..

27. He stated that I guess you know better than us.. being a smart ass!

28.     At this time I am looking at three more surgeries and they say they

1. don't know what else they will find , that I might have to go back to

2. the retina specialist once they have the next surgery to remove the cataract

3. residual......with the addition of the cyst that they are not sure how

4. to treat and can't until the last surgery has healed.... With the infection

5. (cyst) they seem concerned and will look at it in about three months when

6. they figure the last surgery is healed... The Dr. said that he would have

7. to consult with other doctors to see what they could do ....

8.

9.

10.

11.

12.

13.

14.

15.

16.

17.

18.

19.

20.

21.

22.

23.

24.

25.

26.

27.

28.

"PLEADINGS SUMMARY"

1.      Even if a prison doctor denies knowing that he was exposing a plaintiff

2.    to a substantial risk of serious harm, evidence from which a reasonable

3.    jury could infer a doctor knew he was providing deficient treatment is

4.    sufficient to survive summary judgement.

5.      The deliberate indifference standard of Estelle v. Gamble embodies

6.    both an objective and a subjective prong. First , the alleged deprivation

7.    must be, in objective terms " sufficiently serious " second, the charged

8.    official must act with a sufficiently culpable state of mind. deliberate

9.    indiffenence requires more than negligence, but less than conduct undertaken

10.    for the very purpose of causing harm. More specifically, a prison official

11.    does not act in a deliberate indifferent manner unless that official knows

12.    of and disregards an excessive risk to prisoner health or safety, the official

13.    must be aware of facts from which the inference could be drawn that a substantial

14.    risk of serious harm exixt,

15.      The plaintiff has brought up his Eighth and fifth Amendment claims in

16.    all of his Administrative claims ( right to due process and cruel and unusual

17.    punishment).

18.      It took the medical department 7 - 8 months to get the plaintiff scheduled

19.    for an optometry consult and nothing more.

20.      This delay can be seen in the previoustimeline of facts and events. Where

21.    nurse  Tabor, The Utilization Review Committee, HSA McCoy, Medical, Warden

22.    Ponce,and the BOP... Where all of the defendants were aware of the seriousness

23.    of the plaintiff's medical needs. Where in person and in numerous E-mails

24.    the plaintiff had to beg for medical attention .. See attached E-mails

25.      After being told an MRI truck and an in house optometry consult had been

26.    ordered it still took another five months to be seen.This is all Documented

27.    and part of the record. SEE EXHIBIT F

28.

1.     Then they go on to ignore the in house optomitrist when told by him that

2. the Plaintiff needed an Ophthalmology consult, because he saw blood in the

3. eye. Would a Dr. , or patient find this worthy of comment or treatment ?

4. ( Eight months had now passed) Mind you  the plaintiff cannot see the eye

5. chart board let alone any letter.

6. Then to have medical wait another 2 months and then send the plaintiff to

7. the emergency room instead of the recommended Ophthalmology consult...

8. Which in the BOP's response to the plaintiff's BP 11 motion they claim that

9. the plaintiff was sent to the E.R. room because of an Ophthalmology reveiwing

10. the plaintiff's chart and recommending it... Look to exhibits #E and also

11. Exhibit #H which is the report from the E.R. room stating that they had

12. called the Ophthalmologist .. There had been NO Ophthalmology consult prior

13. to the E.R. room as they are now claiming.

14.     Mind you the recommendation for the Ophthalmologist was from the in house

15. Optomitrist. Why had it taken 7-8 months to get to be seen by the optomitrist?

16. This is an inhouse contractor hired by the prison.

17.     Throughout this entire time I am being told to go to sick call. I have

18. stated and shown the procedures for this in the previous timeline. I am

19. also being told by the Warden Felicia Ponce, HSA McCoy and the BOP throughout

20. the administrative process that I am being given appropriate medical treatments

21. and evaluations. This is all documented and part of the record.

22.     The conversations and comments by the different doctors seen , were heard

23. by the numerous transport officers. There are many more officers that would

24. also claim the conversations heard but would be repetitive and not needed

25. at this time. The quotes are taken from  the plaintiffs notes that were

26. taken immediately after the conversations. Where all of  the doctors state

27. that had they got the plaintiff in when recommended. but now because of

28. the delay and scar tissue because of the delay that I would never have full

1.  vision.

2.  All of the Defendants in these pleadings have claimed that sunglasses

3.  aren't warranted or that no condition existed. All of the doctor reports

4.  note a condition of light sensitive . true they do not spell out Sunglasses

5.  but then again they are not aware of the extreme light conditions at a prison.

6.  Dr. Dhindsa andDr. Hiss have both given the plaintiff sunglasses but you

7.  won't find that on any of there reports either, but if ask I am sure that

8.  the transport officers would claim this was a given. Finally after 1 &1/2

9.  years did Dr.Allred write a medical pass for them.. Throughout the entire

10. administrative process I am being denied the decency even after being given

11. these by the doctors.

12. Courts of other federal Circuits have also found deliberate indifference

13. when prison officials ignore a previous physicians treatment plan.Deliberate

14. indifference is shown in the aforementioned , where the plaintiff was ordered

15. by the in house optomitrist Dr. Hum to have an Ophthalmology consult and

16. the refusal of prison officials to allow the use of sunglasses once prescribed.

17. The defendants continue to put the plaintiff's health and safety

18. at risk to this day, and now trust is an issue .When as shown they tell

19. me to put the eye drops proscribed in both eyes. They did not tell the

20. transport officer that had taken the plaintiff to surgery about the concerns

21. of the rise in elevation. Or the fact that they didn't tell the plaintiff

22. when the surgery was , so that he hadn't eaten.Or where scheduling seems

23. to lose the plaintiff's paper work and he isnt' put in for the surgeries

24. that were approved by region .

25. The test for deliberate indifference to a medical need is two pronged:

26. First, the plaintiff must show a serious medical need by demonstrating

27. that failure to treat a prisoner's condition could result in further

28. significant injury or the unnecessary and wonton infliction of pain.

1. second, the plaintiff must show the defendant's response to the need was
2. deliberately indifferent . The existence of an injury that a reasonable doctor
3. or patient would find important and worthy of comment or treatment: The presence
4. of a medical condition that significantly affects an individual's daily activities:
5. or the existence of chronic and substantial pain are examples of indications
6. that a prisoner has a serious need for medical treatment . The second prong,
7. deliberate indifference, requires showing ( a ) a purposeful act or failure
8. to respond to a prisoner's pain or possible medical need : and (b) harm caused
9. by the indifference. More generally deliberate indifference may appear when
10. prison officials deny, delay, or intentionally interfere with medical treatment.
11. Moreover the prisoner's harm need not be substantial to be actionable. Only
12. those deprivations denying the minimal civilized measure of life's necessities
13. are sufficiently grave to form the basis of an Eighth Amendment U.S. Constitution.
14. Amend.VIII violation.

15. Would an eleven month delay in having a retina reattached seem justified?
16. Where all through starting with nurse Tabor, HSA McCoy, Warden Ponce,The
17. BOP..They state that there was no emergency.....Why did they infact send
18. the plaintiff to the emergency room when no further testing had been done?
19. Would this make a person of reason wonder, When infact they would have known
20. after the optometry visit with Dr. Hum. The BOP has a diagnostic library
21. that would have told them , that with the pressure loss in the eye and the
22. blood in the eye what this would have been.

23. The plaintiff has shown the deliberate indifference in many instances
24. and believes the court will review and see the justification for hte injunctive
25. relief the plaintiff is seeking.

26. The plaintiff therefore prays that this court find in his . favor and
27. grant the summary judgement requested......

28.

## SUMMARY JUDGEMENT REQUESTED

The plaintiff is requesting the total sum of $1,300,000.00    for compensatory damages and for violations of the plaintiff's constitutional rights.....Below is a break down of the summary judgement that is requested. With the factual contentions , not just belief's or assumptions,that can be disputed. Because of the evidence of the record, the only debatable issue is to the amount of judgement.

For the amount of $ 500,000.00  for the loss of future wages... The basis for this amount is the loss of yearly income times 10 years ( $50,000.00 per year). The plaintiff believes that this is a realistic amount , The defendants will want to argue percentage of loss.  But the plaintiff believes this to be 100% of future earnings. Due to the fact that the plaintiff is an Executive Chef by trade. Where all of the plaintiffs work involves Knives, meat slicers, band saw's, grinders etc.. The plaintiff will not be able to continue this line of work due to the loss of vision,equilibrium and loss of depth perception. This is all due to the scar tissue from the delay in medical care.....

For the amount of $200,000.00  for the future medical expenses. At this time the plaintiff is looking at the minimum of 3 more surgeries. The plaintiff will have to seek surgical and medical treatment when he gets to the streets. (approx: 3 years) There will be continued optomitrist's visit's and consults after that time, as would be deemed necessary. Not to mention the multitude of eyedrops and medication for the on going head aches and ongoing  pain.

For the amount of $200,000.00 for the loss of enjoyment of life.  The plaintiff will not be able to enjoy his favorite leisure activities or  outings, due to the loss of balance. The plaintiff was an avid bike rider and hiker.

For the amount of $200,000.00  for the plaintiff;s added expenses to his daily routines. the plaintiff will not be able to drive or secure a drivers license , hence the added expenses of transportation.....

1.      For the amount of $ 200,000.00  for the injunctive relief from the denial

2. of the plaintiff's constitutional rights and violation of law.......

3.      Further more the Plaintiff seeks the demand of the court to initiate

4. the plaintiff for compassinate release so that he can stop the madness

5. and to start the surgery process that he is not reciving here, and to put

6. a stop to the cruel and unusual punishment..... The plaintiff is on his

7. 15 th year on a twenty year sentence and is 63 years of age...The plantiff

8. requests immediate release to have this taken care of, time is of the essence.

9. Under compassinate release programs 18 USC 3582 (c)(1)(A) and 4205 (g)

10. and also 28 CFR part 571.... The BOP may submitt to the sentencing court

11. for a reduction in senteccing for numerious reasons and compelling circumstances,

12. medical and non medical.

13.      The plaintiff continues to go through the cruel and unusual punishment

14. in his daily activities.... True they have now given the plaintiff a pass

15. to wear sunglasses.. this helps block out the light in the bad eye. But this

16. now also restricts the vision in the good eye. It's hard enough  to read

17. or carry on ones activities  with one eye but now to also restrict that eye...

18. not to mention the daily headaches because of this....

19.

20.

21.

22.

23.

24.

25.

26.

27.

28.

1.                    POTENTIAL WITNESS LIST

2.    The following is a partial list of Correctional Officers that were present

3.  during conversations,between the plaintiff and the Doctors mentioned in the pleadings.

4.  They could give testimony to those conversations and not to any medical conclusions.

5.  The Doctors themselves can give testimony as to the conversation and also to be

6.  deemed expert testimony regarding medical advisement and conclusions.

7.  Officer C. Coon      present at St. Mary's Hospital , W/ Dr Michelson

8.  Officer M. Gray      present at ophthalmologist      W/ Dr. Hill

9.  officer M. Albonico present at HD Retina          W/ Dr. Dhindsa

10. Officer T. Munn      present at Nortern medical center W/ Dr. Dhindsa and staff

11. Officer Dominguez    present at eye specialist's      W/ Dr. Hiss

12.    The address's for all the above correctional officers

13.            FCI Herlong
               P.O. Box 900
14.            Herlong, Ca. 96113

15.
    Below is a list and address's for all the Doctors mentioned in the pleadings
16.
    Dr. Hum / optometrist    FCI Herlong. P.O. Box 900,Herlong Ca. 96113
17.
    Dr. Michelson /  St. Mary's Regional Medical Center,W. 6th St. , Reno Nv. 89503
18.                    Phone/ 1-775-770-3188

19. Dr. Hill / Seirra Nv. Eye Center LTD, 9468 B Double R. Blvd., Reno Nv., 895221
                       Phone/ 1-775-322-3333
20.
    Dr. Dhindsa/ HD Retina Eye Center LTD, 5470 Kietske Ln.suite 205, Reno Nv. 89511
21.                    Phone/ 1-775-737-9411

22. Dr. Hiss / Eye Care Associates of Nv. , 2285 Green Vista Drive , Sparks Nv. 89431
                       phone/ 1-775-674-1100
23.

24. Here are two of the names of medical staff that have been quoted throughout
    these pleadings and can corroborate the plaintiff's aligations, and their
25. statements.

26. Nurse Miller................ Dr. Allred clinical director

27. Address's              FCI Herlong
                           P.o. Box 900
28.                        Herlong , Ca. 96113

HER 1330.16 A
AUGUST 15, 2011
ATTACHMENT A

## INFORMAL RESOLUTION

An inmate with a valid complaint should complete the first three
sections below and submit the form to his/her respective
Correctional Counselor.

1.  Michael Gross                          07459-085
    INMATE NAME                            REGISTER NUMBER
    camp                                   03/21/16
    UNIT                                   DATE

2. Nature of complaint (briefly state your problem):
   I have been trying to get medical attention because of the loss of vision  in
   my right eye and keep getting the run around .... this all started approx. 6 months
   ago.

3. Inmate's efforts to resolve problem (includes contact with staff,
Inmate Requests to Staff Member submissions, etc.):
       starting in oct. 2015 with a bp 148 ..and more recent the submissions of e-mails
   with medical ( see attached) now medical claims there has bewmno mri pending
   see attached URC notification dated 11-18-2015.

4. Steps taken /advice given to inmate regarding complaint:
   You ARE scheduled Watch call-out.

                                        3/25/16
                                        L.McCoy/LT. USPHS
                                        HEALTH SERVICE ADMINISTRATOR
5. Informal Resolution WAS / WAS NOT accomplished (Signature)
                                        FCI/FPC HERLONG

Correctional Counselor              Unit Manager


Date                                Date

MARCH −21−2016

RE. MEDICAL ATTENTION TIME LINE

To whom it may concern:

On or about the middle of oct. 2015 I submitted the apropriate bp148
requesting evaluation concerning my right eye. I have all but lost the
vision. on or about the first of nov. 2015 I was seen by staff at the prison
camp, at that time I was told to watch the call outs and would be put on.
i did receive a notice from the review committee stating that i would be
put in for and mri and in house O.D.. it is now the end of March and feel that
i have waited a sufficient amount of time. i have been e-mailing the health
services as instructed by medical staff....( see attached) i keep getting the run
around. Why is it so difficult to see my dilemma ?

Thank you  for your  attention to this matter

Mike Gross

```
                    RECEIPT - ADMINISTRATIVE REMEDY



DATE: APRIL 15, 2016



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      HERLONG FCI

TO  : MICHAEL GROSS, 07459-085
      HERLONG FCI    UNT: CAMP     QTR: C01-040L



THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID      : 858909-F1
DATE RECEIVED  :
RESPONSE DUE   : MAY 5, 2016
SUBJECT 1      : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2      :
```

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: GROSS, Michael C    07459.035    Camp    Herlong

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

### Part A– INMATE REQUEST

On or about the middle of oct. 2015 I submitted the aprropriate bp. 148 to the medical department concerning the vision in my right eye. I was then put on call out for an exam..This amounted to an eye chart test . At that time i was told to watch the call outs for further testing, if i didn't receive word in a month to contact medical via e-mail.On the 18th of nov. 2015 I received a note from the URC stating that i was to be scheduled for the in house MRI truck.. I waited as instructed until my eye started getting worse... On 3-14-2016 I e-mailed the medical department stating that i was to be scheduled for an MRI and that i was getting headaches because of my blurred vision.( see attached)Their response was that they saw no request in my e-mail.Again on 3-15-16 stating that my comments were noted but again sorry no request . Two subsequent e-mails finally netted an optometry consult... this has not cured the problem, i still cannot see out of my right eye..now two eye chart tests later have still told them that. I believe that with everyone stating that i need further review and testing that the medical department is being indifferent to my needs and rights. As stated by the optometry doctor,  this needs looked into further, that he see's bleeding at the back of the retna. This for one, has me worried .I have now waited over 6 months for attention ,we are not just talking abouta common cold but my eye sight....

4 DATE - 16

SIGNATURE OF REQUESTER

### Part B– RESPONSE

_____ DATE _____    _____ WARDEN OR REGIONAL DIRECTOR _____

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

THIRD COPY: RETURN TO INMATE

CASE NUMBER: 858909-F1

CASE NUMBER: _____

### Part C– RECEIPT

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____ DATE _____    RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN    PRINTED ON RECYCLED PAPER    BP-229(13)
APRIL 1982

U.S. Department of Justice

Federal Bureau of Prisons                    Request for Administrative Remedy
FCI Herlong, California                           Part B - Response

Admin. Remedy Number: 858909-F1

This is in response to your Request for Administrative Remedy dated
April 6, 2016, wherein you state you have medical problems that need
to be addressed immediately. You claim you are having vision issues.
Specifically, for relief, you are requesting to be sent to a eye
specialist.

According to your Bureau Electronic Medical Record (BEMR) you have
been seen several times in Health Services by the nurse and
evaluated by the Optometrist on March 28, 2016,          then recommended

Currently, the ophthalmology consult is pending the Utilization
Review Committee for approval or disapproval. You will be notified
of the decision via Trulincs e-mail.

Medical staff advises you are receiving appropriate medical
evaluation you continue to have                                               r
                        s. In view of the above, is for informational
purposes only.

If you are dissatisfied with the above findings, you may submit a
Regional Appeal via Form BP-230 (13) to the Regional Director, Federal
Bureau of Prisons, Western Regional Office, 7338 Shoreline Drive,
Stockton, California, 95219, within 20 calendar days from the date of
this response.

_____              4/26/16
Felicia Ponce, Warden                      Date

```
   HERCU          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *       09-26-2016
   PAGE 003          *              FULL SCREEN FORMAT            *       08:21:14

   REGNO: 07459-085 NAME: GROSS, MICHAEL
   RSP OF...: HER UNT/LOC/DST: CAMP                    QTR.: C01-040L   RCV OFC: HER
   REMEDY ID: 858909-F1       SUB1: 26AC SUB2:         DATE RCV:   04-15-2016
   UNT  RCV..: CAMP           QTR RCV.: C01-040L       FACL RCV: HER
   UNT  ORG..: CAMP           QTR ORG.: C01-040L       FACL ORG: HER
   EVT FACL.: HER    ACC LEV:  HER  1 WXR  1           RESP DUE:  THU  05-05-2016
   ABSTRACT.: REQ MORE VISION TESTING TO ASSESS EYE PROBLEM
   STATUS DT: 04-29-2016  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:              RCT: P EXT:   DATE ENTD: 04-15-2016
   REMARKS..:


                   CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE            DEPARTMENT   TO    DATE ASSN    TRK TYPE     DATE RETURNED
   MON 04-25-2016      MED SVC      LM    04-15-2016     INV        04-28-2016
```

G0002      MORE PAGES TO FOLLOW . . .

**U.S. Department of Justice**

Federal Bureau of Prisons

# Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: <u>Gross Michael , C.</u>      <u>07459-085</u>    <u>fpc</u>    <u>Helong</u>

    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL**

I am appealing my right to due process under the fifth and fourteenth amendment. The prisoner right to be free from an abuse of discretion of the part of prison administrators, protection from unconstitutional administrative action, protection from a prisoners life and health from administrative action.

As is evidenced and can't be disputed if one looks to the records.. I have seen the P.A. and nurse after submitting a request to staff, stating my concern over the blurred vision in my right eye.. At that time I was told to watch the call outs for further examination. Several weeks later I received a notification from the utilization committee stating that I would be put in for an MRI and also an O.D. consult, mind you this was the 18th of Nov. 2015.. to date there still has been no MRI ( aprox; 7 months later)...I started sending medical e-mails stating ny concern as now I have no vision ... this went round and round with them telling me to go to sick call and thatmy comments were noted but that they saw no request.. see attached to bp 9,emails in question.. only after i filed an informal request did I rattle the cages.. I was then put in for an optometry consult./. this was also a waste of time in that they knew that I needed more than glasses, or why would the review committee scheduled me for and MRI and O.D. consult back in NOvember of 2015.. When seen by the optometrist on march 28,2016 I was told by him that I needed more than anything he could do for me, and that it didn't look good that i needed an ophthamology consult.... Why don't they see this dilemma ????

<u>5-10-16</u>                        _____

   DATE                                   SIGNATURE OF REQUESTER

**Part B—RESPONSE**

_____           _____

    DATE                                       REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE               CASE NUMBER: _____

**Part C—RECEIPT**

                                       CASE NUMBER: _____

Return to: _____

        LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

_____

USP LVN    DATE     Previous editions not usable     SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)
APRIL 1982

BP 10   Attachment

In the response from the Warden in the BP 9 she states that i have access to sick[e] -and that i have been seen by medical several times.. She goes on to state that the utilization committee is reviewing my request for ophthalmology consult...Is this the same committee that approved me for the MRI that I never got ?Why am I to believe that they have my best interest in this matter

After getting this response to my BP 9 on the 2nd of may 2016 i went to request a BP 10 . because of the indifference of the medical and administration....Approximately 2 hours later i was transported to Reno Nev. to st. Mary's hospital to the ER department....I was seen by a doctor Michaelson (sp) who seemed as confused as I and expressed this concern to the poi[nt] of saying that the prison had dropped the ball and that anyone could see that I needed more th[an] an ER visit. He went on to say that he saw the previous recommendations and went as far as ask[ing] transportation officer ( C. Coons) why I had not been treated. Saying that had I been seen as f[irst] told or within a reasonable time frame that my eye sight could have been reversed and that now I was "fucked" quoted. this conversation was heard by the transport officer. The doctor even stated that 7 months ago he was sure this could of been rectified but even in march when the optometrist recommended the ophthamology consult it was still doable.

The infliction of such unnecessary suffering is in consistent with contemporary standards of decency , and proves deliberate indifference to a prisoners serious medical  needs ; under the 8th amendment :see Estelle vs. Gamble. The government has an obligation to provide medical care for those whom it is punishing by incarceration . An inmate must rely on prison authorities to treat his medical needs , if the authorities fail to do so , those needs will not be met Regardless of how evidenced, deliberate indifference to a prisoner's serious illness or injury states a cause of action. The amendment embodies broad and idealistic concepts of dignity civilized standards, humanity and decency. This is no more than cruel and unusual punishment in violation of the eight amndment.since the filing of my BP9 i have had several e—mails with medical asking for an eye patch or in the alternative to be allowed to wear sunglasses because of the loss of vision and balance because of this ( see attached)Denied stating that "no condition noted that warrants eye patch or sunglasses." where does this end ?

```
HERCU              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-26-2016
PAGE 004           *              FULL SCREEN FORMAT           *      08:21:14


REGNO: 07459-085 NAME: GROSS, MICHAEL
RSP OF...: HER UNT/LOC/DST: CAMP                QTR.: C01-040L   RCV OFC: WXR
REMEDY ID: 858909-R1      SUB1: 26AC SUB2:      DATE RCV:   05-16-2016
UNT  RCV..: CAMP          QTR RCV.: C01-040L    FACL RCV: HER
UNT  ORG..: CAMP          QTR ORG.: C01-040L    FACL ORG: HER
EVT FACL.: HER    ACC LEV: HER  1 WXR  1            RESP DUE: FRI  07-15-2016
ABSTRACT.: REQ MORE VISION TESTING TO ASSESS EYE PROBLEM
STATUS DT: 07-05-2016   STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 05-25-2016
REMARKS..:
```

G0002       MORE PAGES TO FOLLOW . . .

858909-R1
FCI Herlong

This is in response to your Administrative Remedy Appeal of the Warden's decision dated April 26, 2016. You allege to have suffered cruel and unusual punishment in violation of your rights as the Health Services Department at FCI Herlong failed to adequately respond to your complaints regarding eye pain and vision loss concerns. You claim an outside consultant indicated a delay of care existed and is the cause of your vision loss. You document your right to due process, your right to be free from abuse, protection from unconstitutional administrative action and protection of life and health from administrative action. Though you do not address a specific relief requested in Administrative Remedy 858909-R1, the previous filings request examination by an eye specialist and treatment as recommended.

Your appeal has been investigated. A thorough review of your medical record was performed and confirmed the information contained within the Warden's response. Our investigation revealed the first request for evaluation due to eye irritation was received by Health Service staff on October 14, 2015. Subsequently, your medical condition has been and continues to be monitored through Sick-Call, Diagnostic, Outside Consultations and Urgent Encounters. The outside consultants' report was reviewed and there weren't any findings or statements regarding delayed care. Regardless, each subsequent report documents vision and eye concerns that appear to increase in priority. The most recent report received from the Ophthalmologist dated June 16, 2016, recommended surgical treatment for a total retinal detachment. The report notes the risks, benefits and alternatives to surgery were discussed extensively with you. On June 16, 2016, a request for surgery was submitted, approved and is pending scheduling. The institution was contacted to verify the status of the surgical request. You will not be informed in advance of the exact date or time of the appointment due to security concerns. Continue to monitor the Call-Out list to ensure you do not miss a scheduled appointment. Your electronic medical record and which includes the outside consultants' reports do not specify the permanence of the vision loss you are experiencing. Re-evaluation of your vision will be performed following completion of the surgery to determine the effectiveness of the treatment. There is insufficient evidence to substantiate your claims of indifference and/or cruel and unusual punishment as your care is on-going and evolving based on the nature of your known complaints.

Based on the above, you are receiving appropriate care and treatment for your medical concerns in accordance with Bureau of Prisons Clinical Practice Guidelines. If new symptoms occur and you note a worsening of symptoms already experienced, notify Health Services for further evaluation through the local procedures for accessing medical care and based on the urgency of your symptoms.

Accordingly, this response to your request for Administrative Remedy is for informational purposes only. If dissatisfied with this response, you may appeal to the Office of the General Counsel, Bureau of Prisons, 320 First Street, NW, Washington, D.C. 20534. Your appeal must be received in the General Counsel's office within 30 calendar days of the date of this response.

Date

Mary M. Mitchell, Regional Director

Date: ~~2016~~

From : Michael Gross 07459-085
       FPC Herlong
       P.O. Box 800
       Herlong, Ca. 96113

RE:    Rejection to Central Office  Appeal
       Remedy # 858909-A1

*sentry indicates signed a denial was by region 7-5-16.*

To Whom it May Concern:

    My appeal was rejected because of the missing Regional Office response.
Their response was due on the 15th of July, after submitting an extension
of time.To this date I have yet to receive a response from the regional office.
In line one and line two of my BP11 (look to the record) I have stated the
obvious and therefore cannot comply with your request... whether there was
never a response to the BP 10 in question,or whether it was held at the
prison level , would make a person of reason wonder  why ? .

    I hope that with the aforementioned information brought to light that
the Centeral Office see's my dilemma and grants review of my appeal..Is
the regional office's mute response an admission of my claims?

                              Thank you for your assistance

                              Michael Gross

U.S. D~   ~ of Justice          **Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attach-ments must be submitted with this appeal.

From:    Gross Michael , c        07459-085        camp        Herlong

         LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.       UNIT       INSTITUTION

Part A - REASON FOR APPEAL    On the 10th of May I submitted a BP 10 to the Regional Director .As of the filing of this BP 11 there has been no response. See Attached dated 5-25-16 stating they are extending the time for their response from June 15th to July 15th.. My original 8l/2,9,and 10 all state that medical care has been delayed or denied , it has now been 10 months and I still have not had the surgery that is necessary , see attached emergency room clinical report dated 5-3-16 this was 1and1/2 months after Dr, Hum the optomitrist had told the prison that I had a vitreous Hemorrhage in my right eye.. The deliberate indifference standard embodies both an objective and a subjective prong. First, the alleged deprivation must be , in objective terms. " sufficiently serious" Second, the charged officials must act with a sufficiently culpab state of mind. More specifically , a prison official does not act in a deliberately indifferent manner unless that official knows of and disregards an excessive risk to a prisoners health or safety. The official must be aware of facts from which the inference could be drawn that a substantial risk of serious harms exists. I believe the facts are obvious, in that medical was aware in Oct. and the fact that I had been put in for a MRI and OD. consult by inhouse medic Also obvious to the utilization committee that reviewed and approved this on 11-18-15..Dr. Hum stated this to them in his report dated 3-28-16. Then on 5-3-16 by Dr. Mikelson at the emergency room that told them the same thing. It also makes a person wonder why I was sent to the E.R. when they already knew the outcome ( once again obvious)On 6-13-16 I was taken to Dr. Hill the Ophthamoligist who also stated the obvious ( why) why the hold up?    _Michael Gross_

7-15 DATE-16                        SIGNATURE OF REQUESTER

Part B - RESPONSE

**RECEIVED**

JUL 2 5 2016

Administrative Remedy Section
Federal Bureau of Prisons

**RECEIVED**

OCT 5 2016

Administrative Remedy Section
Federal Bureau of Prisons

**RECEIVED**

AUG 2 9 2016

Administrative Remedy Section
Federal Bureau of Prisons

**RECEIVED**

DEC 1 3 2016

---

      DATE               WARDEN'S OFFICE          GENERAL COUNSEL

                          FCI HERLONG          858909-A1

ORIGINAL: RETURN TO INMATE                       CASE NUMBER: _____

Part C - RECEIPT

                                               CASE NUMBER: _____

Return to: _____

       LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

---

      DATE                     SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN            PRINTED ON RECYCLED PAPER                                  BP-231(13)
                                                                    JUNE 2002

At that time he started that they (the prison) weren't paying attention to the seriousness. (see attached report dated 6-13) qouted" retinal . detachment and vitreous hemmorrhage, urgent referral to a retina surgeon" At this time dr. Allred witnessed by ms. miller ( nurse) that he wasn't waiting for the review committee and within 3 days I was at H.D. Retina to see a Doctor Dhinda ( see attached) Who now states the same only that this is "severe"

over the months i have been in contact with sick call to ask for the different records that are contained in this and other filings.. also to ask for the permission to wear either sunglasses or a patch... numerous times i have been told that my condition does not warrant ... so now i walk around the unit with having to keep an eye closed , being called cyclops and the like, i have the loss of equilibrium, where is their humanity or decency? .. The only thing that i can get out of the HSA at mainline is that i have been getting the treatment or visits that were recommended.. Ms. McCoy stated that on 6-2 , that i was receiving such . However if we look to the record I did not go to the ophthamoligist until 6-13.... on 6-15 was told by Ms. McCoy that i was once again waiting for the review committee to approve further evaluation...the next day I was at H.D. retina in Reno Nev. to set up for the retina surgery.. The Doctor tried to set this up for the following week but was told by the transprot officer that he couldn't approve that and that he would call when he got bake to the prison...I am now being told that i they are waiting on the scheduling of this surgery... However once again i find this hard to believe, I was back to HD. Retina on 7-11 for pre -op and was told they were waiting on the prison.. they seem to be concerned with the fact that during this surgery the liquid in my eye is replaced with a gas bubble as the doctor explains it... he is concerned with the fact that to get me back to the prison that i have to go up in elevation by about 2000 feet... they instructedthe transport officer that if I am to complain of pain or start trowing up that they need to stop immediately and return to the hospital.... why would they even risk and putting me thru this when this would not be necessary... by policy there are different methods available , such as emergency furlough or the like...This has me more worried that the procedure.. I have no faith in medical here and why should I? It has now been 10 months of dealing with them , whether this is done or not does not change the fact that i have been subjected to cruel and unusual punishment.. "any treatment to which a prisoner is exposed is a form of punishment, because it is an additional punishment above that was imposed by the sentencing court.. As the result of being a punishment, it is subject to the Eighth Amendment review!

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: AUGUST 15, 2016

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : MICHAEL GROSS, 07459-085
      HERLONG FCI     UNT: CAMP     QTR: C01-040L
      P.O. BOX 900
      HERLONG, CA 96113

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 858909-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED   : JULY 25, 2016
SUBJECT 1       : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF YOUR   REGIONAL OFFICE
                 ADMINISTRATIVE REMEDY APPEAL (BP-10) FORM OR   A COPY
                 OF THE (BP-10) RESPONSE FROM THE REGIONAL DIRECTOR.

REJECT REASON 2: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 15 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REJECT REASON 3: SEE REMARKS.

REMARKS         : PROVIDE MISSING REGIONAL RESPONSE DTD 7-5-16.

```
  HERCU          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-26-2016
PAGE 005          *              FULL SCREEN FORMAT          *      08:21:14


REGNO: 07459-085 NAME: GROSS, MICHAEL
RSP OF...: HER UNT/LOC/DST: CAMP              QTR.: C01-040L   RCV OFC: BOP
REMEDY ID: 858909-A1       SUB1: 26AC SUB2:   DATE RCV:   07-25-2016
UNT  RCV..: CAMP           QTR RCV.: C01-040L   FACL RCV: HER
UNT  ORG..: CAMP           QTR ORG.: C01-040L   FACL ORG: HER
EVT FACL.: HER    ACC LEV:  HER  1 WXR  1        RESP DUE:
ABSTRACT.: REQ MORE VISION TESTING TO ASSESS EYE PROBLEM
STATUS DT: 08-15-2016  STATUS CODE: REJ STATUS REASON: RAP RSA OTH
INCRPTNO.:         RCT:   EXT:   DATE ENTD: 08-15-2016
REMARKS..: PROVIDE MISSING REGIONAL RESPONSE DTD 7-5-16.
```

G0002       MORE PAGES TO FOLLOW . . .

```
HERCU          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-26-2016
PAGE 006 OF 006 *              FULL SCREEN FORMAT              *      08:21:14


REGNO: 07459-085 NAME: GROSS, MICHAEL
RSP OF...: HER UNT/LOC/DST: CAMP                QTR.: C01-040L   RCV OFC: BOP
REMEDY ID: 858909-A2      SUB1: 26AC SUB2:      DATE RCV:   08-29-2016
UNT  RCV..: CAMP          QTR RCV.: C01-040L    FACL RCV: HER
UNT  ORG..: CAMP          QTR ORG.: C01-040L    FACL ORG: HER
EVT FACL.: HER    ACC LEV:  HER  1 WXR  1         RESP DUE:
ABSTRACT.: REQ MORE VISION TESTING TO ASSESS EYE PROBLEM
STATUS DT: 09-15-2016  STATUS CODE: REJ STATUS REASON: RAP RSA OTH
INCRPTNO.:          RCT:   EXT:  DATE ENTD: 09-15-2016
REMARKS..: YOUR REGIONAL RESPONSE THAT IS MISSING IS DTD 7-5-16
           GET HELP FROM UNIT TEAM, THEY CAN GET YOU A COPY
           OF THAT DENIAL.




                   5 REMEDY SUBMISSION(S) SELECTED
     G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 15, 2016

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : MICHAEL GROSS, 07459-085
      HERLONG FCI    UNT: CAMP    QTR: C01-040L
      P.O. BOX 900
      HERLONG, CA 96113


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 858909-A2      CENTRAL OFFICE APPEAL
DATE RECEIVED  : AUGUST 29, 2016
SUBJECT 1      : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF YOUR   REGIONAL OFFICE
                 ADMINISTRATIVE REMEDY APPEAL (BP-10) FORM OR   A COPY
                 OF THE (BP-10) RESPONSE FROM THE REGIONAL DIRECTOR.

REJECT REASON 2: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 15 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REJECT REASON 3: SEE REMARKS.

REMARKS        : YOUR REGIONAL RESPONSE THAT IS MISSING IS DTD 7-5-16
                 GET HELP FROM UNIT TEAM, THEY CAN GET YOU A COPY
                 OF THAT DENIAL.

TRULINCS 07459085 - GROSS, MICHAEL - Unit: HER-C-A

--·-------------------------------------------------------------------------------------------------

FROM: Camp Administrator
TO: 07459085
SUBJECT: RE:***Inmate to Staff Message***
DATE: 09/27/2016 01:42:02 PM

I am looking into the matter and hope to have a response soon.

Thanks,

>>> ~^!"GROSS, ~^!MICHAEL" <07459085@inmatemessage.com> 9/24/2016 6:47 AM >>>
To: koger/ms. goldsworthy
Inmate Work Assignment: recycle

I am requesting a BP 10 denial that is supposed to be in my sentry file....
my BP 11 was rejected because they say i do not have my denial of my BP 10.. i never received one and i told them so.... they
say to get a hold of you to find out why i did not receive one and to get a copy.
thank you
mg

RECEIVED

**Administrative Remedy No. 858909-A3**
**Part B - Response**

DEC 1 3 2016

WARDEN'S OFFICE
FCI HERLONG

This is in response to your Central Office Administrative Remedy Appeal wherein you allege deliberate indifference to your medical needs since you have had a delay in treatment for your eye condition.  You assert this delay in treatment is cruel and unusual punishment and is subject to the Eighth Amendment review.  For relief, you request immediate eye surgery.

Our review reveals you have been evaluated by Health Services on multiple occasions for blurred vision and have had adjustments in your health care as clinically needed.  On October 29, 2015, your clinician submitted a request for an optometry consult for your complaints of center vision blurring of right eye.  The consult categorized as medically necessary; non-emergent, was completed on March 28, 2016.  Based on your appointment categorized as medically necessary; non-emergent, there is no indication you had a delay in medical care.

During the eye exam on March 28, 2016, the Optometrist referred you to ophthalmology for vitreous blood in the right eye, reduced vision and asymmetric Intraocular pressure (IOP). On April 15, 2016, a consult was submitted for you to see Ophthalmology.

On May 3, 2016, you were sent to the community emergency room based on the Ophthalmologist reviewing the consult and recommending you be urgently examined.  After evaluation in the emergency room, it was determined your condition was non-emergent and could be treated as an out-patient since the reported vision loss began in September 2015.

not

You were scheduled and seen by the Ophthalmologist on June 13, 2016.  The Ophthalmologist determined you had Macular Separation/Retinal Detachment with Vitreous Hemorrhage of the right eye and urgently referred you to a Retinal Specialist.  You were evaluated by the Retinal Specialist on June 16, 2016, whom determined you had Retinal Detachment and recommended vitrectomy within one month.  You were seen again by the Retinal Specialist on July 11, 2016, and had surgery on July 20, 2016.  Since then, you have been seen for follow-up by the Retinal Specialist on several occasions.

During your last follow-up on September 9, 2016, the specialist noted retinal attachment, and for you to continue to use

**Administrative Remedy No. 858909-A3**
**Part B - Response**
**Page 2**

artificial tears for itching, and to follow-up in several
months. The specialist also noted, there were no active plans
for you to have surgery; however, you may require/benefit from
cataract surgery in the future.  The consult for the follow-up
appointment was submitted and is pending review at this time.
Once a decision is made, a plan of care will be determined.

Your primary care team will continue to make recommendations as
needed.  As recommendations are made, a course of treatment will
be determined.  Given this, we shall defer diagnostic testing
and treatment interventions to the Health Services staff at the
local level.  R                                              a
patch, your request was denied since your clinician determined
it was not warranted.

The record reflects you have received medical care and treatment
in accordance with evidence based standard of care and within
the scope of services of the Federal Bureau of Prisons.  You are
encouraged to comply with proposed medical treatment so Health
Services can continue to provide essential care and to contact
medical personnel through routine sick call procedures should
your condition change.

Considering the foregoing, this response is provided for
informational purposes only.

_____
Date

_____
Ian Connors, Administrator
National Inmate Appeals

RECEIVED

DEC 1 3 2016

WARDEN'S OFFICE
FCI HERLONG

**UNITED STATES GOVERNMENT**
**FEDERAL BUREAU OF PRISONS**
**Federal Correctional Institution**
**Herlong, California 96113**

Inmate Name GROSS, MICHAEL
Register Number: 07459-085

Unit: C01-040L

### UTILIZATION REVIEW COMMITTEE NOTIFICATION

The Utilization Review Committee (URC) met on 11-18-2015 to discuss your consultation request for vision screen / Optometry.

After a thorough review of your medical record, the decision of the committee is:
___The request was disapproved. This medical condition can be managed locally by your primary care provider. If at any time in the future you feel that your medical condition has changed, please return to sick call.

___ The request has been forwarded to the Regional Medical Director for further review.

___You will be scheduled to see an outside health care provider. The Federal Bureau of Prisons has policies which prohibit Health Services Department staff from discussing specific details, such as the date and time of the medical trip, prior to your appointment.

You will be scheduled for the in-house MRI truck. Please watch the callouts.

Comments:    X  (YOU _____ ___ CALL OUT TO SEE IN-HOUSE O.D. )

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GROSS, MICHAEL | | | Reg #: | 07459-085 |
| Date of Birth: | 03/13/1954 | Sex: | M | Race: | WHITE |
| Scanned Date: | 03/29/2016 16:04 | | | Facility: | HER |

**Reviewed by Allred, D. DO/CD on 03/30/2016 07:36.**

# Bureau of Prisons
## Health Services
### Consultation Request

| Inmate Name: GROSS, MICHAEL | Reg #: 07459-085 | Complex: HER |
|---|---|---|
| Date of Birth:    03/13/1954 | Sex:    M | |

**Report of Consultation:** Optometry          **Subtype:** Onsite Optometry Exam

**Inmate Name:** GROSS, MICHAEL
**Date of Birth:** 03/13/1954                    **Reg #:**    07459-085
**Institution:**    HERLONG FCI                  **Sex:**    M
741-925 ACCESS ROAD A-25
HERLONG, California 96113
5308278000

**Assessment:**

1) Vitreous Hem. OD.
   2 reduced vision

2) Asymetric IOP's

**Plan:**

2) Refer to ophthalmology
   for evaluation

**Signature**
**Date**    3/20/2016

G.HUM
Completed CONTRACT OPTOMETRIST
FCI/FPC HERLONG

*(handwritten clinical notes on right side, partially illegible)*

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for inmate health care remains with Bureau of Prisons staff. While discussion of diagnostic/treatment options with the inmate may be appropriate, they are subject to review by the inmate's primary care provider, the institution utilization review committee and/or the BOP National Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

Inmate not to be informed of appointment dates.

From: 9092354400      Page: 2/3      Date 5/5/2016 1:31:21 AM

DOB: 3/13/54
X89 D7459 085

Patient: REGISTRATION, A3845 Clinical Report - Physicians/Mid Levels
MRN: M002059468Saint Mary's Regional Medical Center
VisitID: V0000841626923S West Sixth Street, Reno, NV 89503 775-770-3188
62y, MRegistration Date/Time: 05/03/2016 16:38

Time Seen: 16:58 May 03 2016; initial patient contact. Historian- patient.

HISTORY OF PRESENT ILLNESS
Chief Complaint: VISION PROBLEM. This started 7 - 8 months ago, involves the
right eye, is characterized as mild and has been constant and is still
present. The patient did not sustain an injury. No eye pain, eye
discomfort, eye redness or eye irritation or eye discharge. No eye itching,
eyelid swelling or double vision. Severe right-sided blurred vision. A
gradual, non-traumatic decrease in vision (described as blurriness )
involving the right eye.
( PT HERE FROM HEIRLONG PRISON. SEEN BY OPTOMETRY, DR HUM IN MARCH WHO
REFERRED PT OPHTHO. PT NEVER SEEN BY OPTHO, SENT TO ED FOR EVALUATION OF
VITREOUS BLOOD IN RIGHT EYE. PT C/O DECREASED/BLURRED VISION AND FLOATERS
SINCE SEPT 2015.)

REVIEW OF SYSTEMS
No fever, sore throat or cough.

PAST HISTORY
No history of prior eye injury. Colitis.

SOCIAL HISTORY
Unknown if ever smoked. No alcohol use or drug use.

ADDITIONAL NOTES
The nursing notes have been reviewed with agreement regarding the PMH and
patient medications and allergies.

PHYSICAL EXAM
Vital Signs: Have been reviewed.
Appearance: Alert. Oriented X3. No acute distress.
HEENT: Head appears normal to external inspection.
Rt Eye: Visual acuity          Intraocular pressure is 21 mm Hg (21).
Eyes: Visual acuity bilaterally 20/50. Eyelids appear normal to inspection.
Conjunctivae and sclerae appear normal to inspection. Corneas appear normal
to inspection. Pupils equal, round and reactive to light. Accommodation
normal. Right visual field deficit. EOMs intact. Periorbital areas appear
normal to inspection. Anterior chambers clear. UNABLE TO VISUALIZE FUNDUS,
POSSIBLE CATARACTS.
Lt Eye: Left eye exam normal. Visual acuity 20/50. Intraocular pressure is
greater than 21 mm Hg (31).
Neck: Neck supple. Normal inspection.
CVS: Normal heart rate and rhythm. Heart sounds normal.
Respiratory: No respiratory distress. Breath sounds normal.
Skin: No rash.
Neuro: Oriented X 3. Mood/affect normal. No motor deficit.

PROGRESS AND PROCEDURES
Consult obtained from ophthamology. 17:27 May 03 2016 DR HILL, ADVISES
OUTPATIENT F/U, WILL SEE PT IN OFFICE. AWARE OF VA CHANGES AND PRESSURE
DIFFERENCES (AS PREVIOUSLY NOTED) IN BOTH EYES. FEELS THIS CAN BE WORKED UP
AS AN OUTPATIENT SINCE VISION LOSS HAS BEEN SINCE SEPTEMBER. Patient

HERLONG
P.O. 1900
741-825 HERLONG ACCESS ROAD A-25
HERLONG CA 96113

GROSS, MICHAEL C                    M002059468        V00008416269

DOB: 3/13/54    Reg: 07459-088

counseled.

Disposition: Discharged.  Condition: stable.

CLINICAL IMPRESSION
CHRONIC VISSION LOSS SUSPECT RETINAL INJURY /C ASSOC. CATARACT.

INSTRUCTIONS
Do not smoke.  No alcohol.

Warnings: Further evaluation is necessary.
GENERAL WARNINGS: Return or contact your physician immediately if your
condition worsens or changes unexpectedly, if not improving as expected, or
if other problems arise.

Follow-up:
Follow up with an ophthalmologist DR HILL AT SIERRA NEVADA EYE CENTER
775-322-3333. Call for the next available appointment. Reason for referral:
evaluation and treatment.  Screening today revealed the patient's blood
pressure to be in the hypertensive range. The patient should follow up with a
primary care provider for blood pressure management.

Understanding of the discharge instructions verbalized by patient.

(Electronically signed _____)

FCI HERLONG
P.O.BOX 900
741-825 HERLONG ACCESS ROAD A-25
HERLONG CA 96113

GROSS, MICHAEL C                    M002059468          V00008416269

S
32903.


your independent healthcare choice

| | Herlong<br>741-925 Accesss Road A-25<br>Herlong , CA 96113 |

## Inmate and Payer Information

Name: GROSS, MICHAEL                 Inmate #: 07459-085                 DOB: 3/13/1954

Gender: Male                 Inmate Type: FBOP                 Facility: Herlong Camp

Responsible Party:                 Claims Address:

Approval Number: TCOL338059

Transportation Type: None

## Appointment Details

Provider: PLACECARD PHYSICIAN                 Address: PLACECARD ADDRESS

Service Dates: 6/13/2016 - 6/13/2016                 Appointment Time: 11 45 AM                 Urgency: 30 days

Details: VITREOUS BLOOD RIGHT EYE, REDUCED VISION AND ASYMETRIC IOP COME TO· MARK HILL 9468 DOUBLER R BLVD SUITE B RENO, NV 89521 (AKA. SAND HILL ROAD)

Scenario: CONSULT-OPHTHALMOLOGY

Special Instructions: OFFICER PLEASE CALL UPON ARRIVAL 1-775-322-3333

Pre-Op Testing Required: N/A

## Appointment Results/Findings

Findings: *Macula off Retinal Detachment Right Eye Vitreous hemorrhage, right eye*

Recommendations/STAT Orders: *Urgent referral to a Retina surgeon for surgical repair*

Medication Changes: *none*

Provider's Signature: *Mark Hill, MD*                 Date: *6/13/16*

# Bureau of Prisons
## Health Services
### Consultation Request

| Inmate Name: GROSS, MICHAEL | Reg #: 07459-085 | Complex: HER |
|---|---|---|
| Date of Birth:        03/13/1954 | Sex:    M | |

**Report of Consultation:** Ophthalmology                **Subtype:** Offsite Appt

**Inmate Name:** GROSS, MICHAEL                                              Reg #:      07459-085
Date of Birth: 03/13/1954                                                          Sex:        M
**Institution:**    HERLONG FCI
                 741-925 ACCESS ROAD A-25
                 HERLONG,California 96113
                 5308278000

**Assessment:**

Retinal Detachment, macula off right eye

**Plan:**

Refer urgently to a retinal surgeon for evaluation and repair

**Signature**
**Date**                                    Mark Hill MD                10/13/16

**Completed By:**

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for inmate health care remains with Bureau of Prisons staff. While discussion of diagnostic/treatment options with the inmate may be appropriate, they are subject to review by the inmate's primary care provider, the institution utilitzation review committee and/or the BOP National Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

Inmate not to be informed of appointment dates.

DOCUMENT SIGNED ELECTRONICALLY BY Mark Hill, MD ON 06/13/2016 12:31:28



sierra nevada eye center, ltd.

**Sierra Nevada Eye Center, Ltd., Reno**
**9468 B Double R Blvd.**
**Reno, NV 89521**

**THIS DOCUMENT WAS CREATED ON: 06/13/2016 12:30:15 PM BY: Mark Hill, MD**
**Terri Nielson performed START-Work-up**

**Exam Date:** Monday, June 13, 2016

**PATIENT NAME:** Michael  Gross

**PATIENT ID:** 32903          **BIRTH DATE:** 3/13/1954    **AGE:** 62
**GENDER:**   Male            **RACE:** White

## *History*

**Chief Complaint/Reason For Visit:** Pt. c/o vision OD is a dark and blurry, like looking through water.  Pt states the vision problem started back in Sept. and has gotten slowly worse. He states the vison OD has wavy lines and is dark, Pt. was seen by an optometrist back in March and was told he may have retinal heme OD, and was sent to ER 1 mo ago and was told he needed to see an ophthalmologist. Pt denies any h/o DM. He is using AT prn. Pt states back in Sept he thought he got sand in OD and that is how the problem with vision started.  Pt notes a sharp pain at that time lasting about 2 weeks off and on, noticed that his vision was redish at the time centrally, no floaters.

**HISTORY OF PRESENT ILLNESS:**
**PROBLEM:**        Blurry vision
**CONTEXT/ONSET:** 9 mo
**LOCATION:**       OD
**QUALITY:**        well localized
**SEVERITY:**       moderate
**DURATION:**       constant
**TIMING:**         constant
**AGGRAVATING:**    none
**RELIEVING:**      none
**ASSOCIATED SS:**  none
HPI was performed by Dr. Mark Hill, MD
**PAST MEDICAL HISTORY:**
**OCULAR:**            no known ocular history
**PROCEDURES :**       no known ocular procedures
**INFECTIOUS:**        no known previous infections
**OCULAR SIGNIFICANT:** none
**ILLNESSES:**         no known previous illnesses
**SURGERIES:**         no known previous general surgeries
**HEAD/OCULAR TRAUMA:** no known history of trauma
**SOCIAL HISTORY:**
**ALCOHOL:**           Denies drinking
**SMOKING:**           Never Smoker
**FAMILY HISTORY:**
**FAMILY MEMBER:**     No family history of clinical finding

**CURRENT MEDICATIONS:**

**Ophthalmic:**
Artificial Tears        1 drop Q1wk in right eye                    06/13/2016

**ALLERGIES:** no known allergies

**REVIEW OF SYSTEMS:**
**GENERAL:**Overall healthy
**SKIN:**Denies symptoms
**ENT:**Denies symptoms
**RESPIRATORY:**Denies symptoms
**CARDIOVASCULAR:**Denies symptoms
**GI:**Denies symptoms
**GENITOURINARY:**Denies symptoms
**MUSCULOSKELETAL:**Denies symptoms

Account:32903 Gross,Michael DOB: 3/13/1954 Todays Date:06/13/16 12:33    Exam Date:06/13/2016    Page 2

NEUROLOGICAL:Denies symptoms
ENDOCRINE:Denies symptoms
HEMATO/LYMPHATIC:Denies symptoms
PSYCHIATRIC:Denies symptoms
ALLERGIES/IMMUNOLOGY:Denies symptoms

## Exam

ORIENTATION, MOOD AND AFFECT: Alert & oriented x3, mood & affect normal

|  | RIGHT EYE | LEFT EYE |
|---|---|---|
| UNCORRECTED VA |  | 20/40 |
| PINHOLE |  | 20/25 |
| PRESSURE METHOD: | Applanation | Applanation |
| PRESSURES: |  |  |
| DATE-TIME: | 11:54 AM | 11:54 AM |
| TECHNICIAN: | TN | TN |
| CONFRONTATION VF | HM with far peripheral motion noted | Full to finger counting |

EXTERNAL EYE EXAM:

| LID: | Normal for Age | Normal for Age |
|---|---|---|
| PUPIL: | 5-3mm, 3+ reaction, negative APD | 5-3mm, 3+ reaction, negative APD |
| ADNEXA: | Normal | Normal |
| MUSCLE BALANCE: | Orthophoric distance & near |  |
| OCULAR MOTILITY: | Extraocular motility intact |  |

ANTERIOR SEGMENT EXAM:

| TEARFILM: | No abnormalities noted | No abnormalities noted |
|---|---|---|
| CONJUNCTIVA: | Normal | Normal |
| CORNEA: | 1+ Central guttata, pigmented cells on endothelium | 1+ Central guttata |
| ANTERIOR CHAMBER: | Trace flare, rare khaki colored cells | Deep & quiet |
| IRIS: | Normal | Normal |
| LENS: | Trace N/S, 1+ central PSC | Trace N/S |
| ANTERIOR VITREOUS: | 2+ Heme | normal |

FUNDUS EXAM:

| DILATION and NUMBING DROPS: | Tropicamide 1% OU 6/13/2016 11:54:53 AM |  |
|---|---|---|
| CUP TO DISC: | 0.4 | 0.4 |
| OPTIC DISC: | Disc margins sharp; no pallor | Disc margins sharp; no pallor |
| VITREOUS: | Syneresis, hemorrhage | Syneresis |
| MACULA: | No edema; normal | No edema; normal |
| VESSELS: | Normal caliber | Normal caliber |
| PERIPHERY: | Inferior & temporal detachment (macula off), very poor view | Normal |

INTERPRETATION: B-Scan    Reliability; good
   Interpretation; OD:Retinal Detachment with macula off

## Impression

01 H33.001 Retinal detachment, rhegmatogenous, right eye-New
02 H43.11 Vitreous hemorrhage, right eye-New

## Plan

Discussion with patient regarding macula off retinal detachment with vitreous hemorrhage OD,  Refer
to retinal specialist for evaluation and treatment as soon as possible.

FOLLOWUP SCHEDULED:
Today (OD)    OCT - Retina
Today (OD)    B-Scan
Refer to retinal specialist as soon as possible

Mark Hill, MD                DOCUMENT CREATE DATE: 06/13/2016 12:40:23 PM



**HD Retina**
eye center ltd.
a team built on experience, precision & compassion

5470 Ferche Ln
2nd floor - Suite. 205
Reno, NV 89511
t. 775 737 9411
f. 775 737 9413
www.hdretina.md

| Name | Chart# | DOB | | Refer Doctor |
|------|--------|-----|---|--------------|
| Michael Gross | 6222 | 3/13/1954 (62 y.o.) | | |
| Date | Location | | PCP | Insurance |
| 6/16/2016 | Reno | | | Naphcare |

**Reason For Visit:** New Referral - Macula Off Retinal Detachment OD. Vitreous Hemorrhage OD. Posterior Vitreous Detachment OU. Nuclear Sclerosis OU.

**HPI:** CC: Curtain or Veil Over Vision OD. Location: nasal visual field. Severity: severe. Duration of Problem: 6-9 months. Course: worsening. CC: No Ocular or Vision Related Complaints OS. HPI obtained by Hardeep S Dhindsa, MD.

**Extended HPI:** Pt was referred by NaphCare facility. Pt states he began experiencing problems with OD approx 9/2015. Pt states he thought he got sand in OD, and flushed. Shortly after, he began noticing a dark shadow nasally, as well as flashes that he describes as "white orbs." Pt also notes that he had floaters prior to the incident, however, they did worsen after the shadow appeared. Pt denies trauma to eye or head prior to shadow, and only uses reading specs. Pt's last refraction was approx 3 and a half years ago, and stated he was told that he did not need distance specs. Pt denies ocular pain, just the foreign body feeling. Pt does state he is now experiencing bouts of "pressure", like someone pressing on his eye, but this is intermittent and has no pattern. Pt states OS is doing well, there are some floaters, but denies flashing lights or curtains.

**Secondary:**

**Ocular Meds (Initial):** Artificial Tears 1 gtt prn OU.

**Mental Status:** Alert and oriented x 3, appropriate mood/affect. **Hx Source:** Patient.

**Medical Hx:** Noncontributory. **Surgical Hx:** Tonsillectomy.

**Systemic Meds:** None.

**Allergies:** NKDA.

**Family Hx:** Noncontributory. **Social Hx:** Marital Status: Single. Smoking/Tobacco: Never Smoker. Alcohol: None. Caffeine: 2-3 cups of coffee per day. Exercise: Daily. Substance Abuse: None. Occupation: Other. Living Conditions: Other.

**ROS:** Constitutional: Negative. HENT: Negative. Cardiovascular: Negative. Respiratory: Negative. Endocrine: Negative. Gastrointestinal: Negative. Genitourinary: Negative. Integumentary: Negative. Musculoskeletal: Negative. Neurologic: Negative. Hematology/Oncology: Negative.

**VA OD:** scHM PHNI          **OS:** sc20/40+ PH20/20-          **IOP:** App          **OD:** 13    **OS:** 15    8:43 AM

**Dilation: Tech:** Pj Location: OU. Discussed effects of drops; Tropicamide 1%; Phenylephrine 2.5%. **Time:** 8:43 AM

| External | Right Eye | Left Eye |
|----------|-----------|----------|
| • Pupils | Round. Brisk. RAPD. 4mm. | Round. Brisk. No RAPD. 4mm. |
| • Motility | Full. Orthophoric. | Full. Orthophoric. |
| • CVF | Superior Loss. | Full. |
| • Adnexa | Normal Ocular Adnexa. | Normal Ocular Adnexa. |



**HDRetina** eye center ltd.
*a team built on experience, precision & compassion*

5470 Kietzke Ln
2nd floor - Suite, 205
Reno, NV 89511
t 775.737.9411
f 775.737.9413
www.hdretina.md

| Anterior | Right Eye | Left Eye |
|---|---|---|
| • L/C/S | Nasal & Temporal Pinguecula. | Pinguecula (Temporal). |
| • Cornea | Epithelium Intact. Clear Stroma. Clear Endothelium. | Epithelium Intact. Clear Stroma. Clear Endothelium. |
| • Anterior Chamber | Normal Depth. Quiet. | Normal Depth. Quiet. |
| • Iris | Normal. | Normal. |
| • Lens | 2+ NS. 1+ Cortical. | 2+ NS. 1+ Cortical. |

| Posterior | Right Eye | Left Eye |
|---|---|---|
| • General | Lens: 78D and 20D. | Lens: 78D and 20D. |
| • Nerve | No Disc Pallor. No Disc Edema. CDR 0.4. | No Disc Pallor. No Disc Edema. CDR 0.4. |
| • Vitreous | Pigment Granuoles. Posterior Vitreous Detachment. | Posterior Vitreous Detachment. |
| • Retinal Vessels | Normal Caliber. | Normal Caliber. |
| • Macula | Serous Fluid. No Edema. No Subretinal Fluid. No Hemorrhage. | No Edema. No Subretinal Fluid. No Hemorrhage. |
| • Periphery | Total Retinal Detachment. Subretinal Fibrosis. No Holes or Tears. | Attached. No Holes or Tears. |

**Impression:**
**Primary:** Total Retinal Detachment involving macula OD. Nuclear Sclerosis OU. Posterior Vitreous Detachment OU.

**Plan:**
**Discussion:** Total Retinal Detachment involving macula OD: Discussed risks/benefits and alternatives to surgery, extensive discussion. Nuclear Sclerosis OU: No cataract surgery recommended at this time.
**Ocular Meds (Final):** Artificial Tears 1 gtt prn OU.
**Follow Up:** Dr. Dhindsa 1 Month - PPV, MS, BBG, AFG, endolaser, 23G (67113, systemics normal).

**CPT Codes:** 99244. G8427. 1036F. G8731.
**ICD-9 Codes:** 361.05d, 366.16u, 379.21u. ICD10 CODES: H33.051d, H25.13u, H43.813u

*Hardeep Dhindsa, M.S.*

Signed: _____
Electronically signed by Hardeep S Dhindsa, MD

**Assist: Pj**

| Anterior | Right Eye | Left Eye |
|---|---|---|
| • L/C/S | Nasal & Temporal Pinguecula. | Pinguecula (Temporal). |
| • Cornea | Epithelium Intact. Clear Stroma. Clear Endothelium. | Epithelium Intact. Clear Stroma. Clear Endothelium. |
| • Anterior Chamber | Normal Depth. Quiet. | Normal Depth. Quiet. |
| • Iris | Normal. | Normal. |
| • Lens | 2+ NS. 1+ Cortical. | 2+ NS. 1+ Cortical. |

NOTE: Permanent Medical Record

**NNM- Northern Nevada Medical Center**
**2375 E. Prater Way**
**Sparks, NV 89434**
**(775) 331-7000**

## Patient Summary

**Visit Summary For MICHAEL GROSS**
We would like to thank you for allowing us to assist you with your healthcare needs. Our
entire staff strives to provide an excellent experience for our patients and their families. The
following includes information regarding your visit.

**Age:** 62 years   **Sex:** Male   **DOB:** 03/13/1954   **MRN:** 643589
**Address:** PO BOX 800 HERLONG, CA 96112
**Home:** 2055368443   **Work:** –   **Mobile:** –
**Primary Care Provider:** No, Pcp No MD
**Race:** White   **Ethnicity:** --
**Language:** ENG-English
**Health Plan:** --

**Surgical Procedures**
Vitrectomy | RIGHT POSTERIOR VITRECTOMY, FLUID GAS EXCHANGE, ENDOLASER
07/20/2016 15:45

**Encounter Type:** Day Surgery
**Discharge Date/Time:**

**Provider Information:**
**Primary Care Provider:**
**Name:** No, Pcp No MD
**Phone:**
**Attending Physician:** Dhindsa MD, Hardeep

*Comment:*

*(handwritten:)* (775) 737-9411
CALL DR. DHINDSA'S OFFICE EARLY TOMORROW MORNING FOR APPOINTMENT TIME TOMORROW. MICHAEL MUST BE SEEN FOR FOLLOW-UP TOMORROW. BEDREST TONIGHT ON LEFT-SIDE ONLY. FOLLOW INSTRUCTIONS ATTACHED AND LEAVE GREEN ARMBAND ON.

Call your physician if symptoms worsen, pain occurs and/or it is not relieved by medication, or fever greater than
100 degrees. If you have persistent vomiting, chest pain, or difficulty breathing seek immediate medical attention.

The physicians and staff of NNM- Northern Nevada Medical Center encourage you to lead a healthy lifestyle. If you smoke, we strongly urge you to quit. Contact your local American Lung association for additional information.

**GROSS, MICHAEL has been given the following list of patient education materials, prescriptions and follow-up instructions:**

## Allergies
No Known Medication Allergies

## MEDICATION INFORMATION

No Medications Documented

## Immunizations
No Immunizations Documented This Visit

***Comment:***

**Disposition Arrangement Status:**
**Discharge Transportation Arrangement:**
**Transportation Provider:**
**Transportation Planned Date and Time:**
**Home Equipment Arrangement Status:**

**Follow-up Instructions:**
**Please take this discharge printout information with you to your first follow up appointment with your Physician.**

| With: | Address: | When: |
|---|---|---|
| Pcp No | 2375 E PRATER WAY  SPARKS, NV 894340000 | |

| With: | Address: | When: |
|---|---|---|
| Hardeep Dhindsa | HD RETINA EYE CENTER, 5470 KIETZKE LANE, STE 205  RENO, NV 895110000 (775)737-9411 Business (1) | |

**Comments:**

1) Having Vitrectomy:

Follow up with the Dr in the office tomorrow at your appointment.

Follow the positioning instructions provided by your Dr.

No changes in atmospheric pressure such as riding in an airplane or traveling to higher elevation.  No traveling on bumpy roads or jostling.

Keep your Green armband on.  The Dr will remove it when the bubble is completely gone.

You may use an ice pack or frozen veggies on the eye as needed for pain or swelling, 20 minutes on and 20 minutes off as needed.  Keep a protective barrier of a pillowcase or towel between your skin and the ice pack.

You may be dizzy after surgery and you may be dizzy while you have your patch on.

Bed rest until your appointment tomorrow.  Get help going to the bathroom so you do not injure yourself.
Keep your helper on the operative side to protect that side.

No driving today.  No lifting over 10 pounds until cleared by Dr.

Keep your eye patch on.  Keep it clean and dry.  Do not remove it until your appointment tomorrow.  If it falls off, replace it with the patch provided.

You do not need to start your eye drops until tomorrows appointment unless it is in the afternoon, then you may start your drops in the morning and replace the patch with the patch provided.

Some pinkish discharge is normal.  Don't bend over tonight if your eye is weeping, this will cause more weeping.

Resume normal home medications.  Hold aspirin until you have your appointment tomorrow and ask the Dr at that time if you may resume taking it.

You may use Tylenol if needed for pain.

Resume normal diet.

If you are having trouble having a bowel movement you may need to take a stool softener.

If you have trouble voiding call the Dr or come back to the ER.

If you have trouble breathing, fever, chills, excessive bleeding or excessive pain call the Dr and come back to the Emergency Room.

**Patient Education Materials:**
**Anesthesia: After Your Surgery**

# Anesthesia: After Your Surgery

You"ve just had surgery. During surgery, you received medication called anesthesia to keep you comfortable and pain-free. After surgery, you may experience some pain or nausea. This is normal. Here are some tips for feeling better and recovering after surgery.



Stay on schedule with your medication.

**Going Home**

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GROSS, MICHAEL | | | Reg #: | 07459-085 |
| Date of Birth: | 03/13/1954 | Sex: | M | Race: | WHITE |
| Scanned Date: | 10/11/2016 13:41 EST | | | Facility: | HER |

Reviewed with New Encounter Note by Allred, D. DO/CD on 10/14/2016 12:24.

Reg# OH 59-085



**HDRetina**
eye center ltd.

a team built on experience, precision & compassion

3470 Kietzke Ln
2nd floor - Suite 205
Reno, NV 89511
t. 775.737.5411
f. 775.737.5413
www.hdretina.md

| Name | Chart# | DOB | | Refer Doctor |
|------|--------|-----|---|--------------|
| Michael Gross | 6222 | 3/13/1954 (62 y.o.) | | |
| Date | Location | PCP | | Insurance |
| 9/9/2016 | Reno | | | Naphcare |

**Reason For Visit:** Post-op Check - Total Retinal Detachment involving macula OD (51 days s/p ppv, ms, bbg, afg, endo, 23g 7/20/16). Nuclear Sclerosis OU. Posterior Vitreous Detachment OU.

**HPI:** CC: Blurred Vision OD. Since Last Visit: no changes noted. Location: central vision. Severity: moderate. Course: stable. CC: No Ocular or Vision Related Complaints OS. HPI obtained by Hardeep S Dhindsa, MD.

**Extended HPI:** Pt complains of itching in OD both nasal and temporal, also complained of some pain approx 2 weeks ago. Pt notes the symptoms improve when he uses artificial tears. Pt denies current ocular pain OU, changes to medication list or medical hx.

**Secondary:**

**Ocular Meds (Initial):** Artificial Tears 1 gtt prn OU.

**Mental Status:** Alert and oriented x 3, appropriate mood/affect. Hx Source: Patient.

**Medical Hx:** Noncontributory. Influenza Immunization Not Received. Pneumococcal Vaccine Not Received. Surgical Hx: Tonsillectomy.

**Systemic Meds:** Tylenol 2 tablet qday PO.

**Allergies:** NKDA.

**Family Hx:** Noncontributory. **Social Hx:** Marital Status: Single. Smoking/Tobacco: Never Smoker. Alcohol: None. Caffeine: 2-3 cups of coffee per day. Exercise: Daily. Substance Abuse: None. Occupation: Other. Living Conditions: Other.

**ROS:** Constitutional: Negative. HENT: Negative. Cardiovascular: Negative. Respiratory: Negative. Endocrine: Negative. Gastrointestinal: Negative. Genitourinary: Negative. Integumentary: Negative. Musculoskeletal: Negative. Neurologic: Negative. Hematology/Oncology: Negative.

---

**VA OD:** ▓▓▓▓▓▓     OS: sc20/25- PH20/20-     IOP: App     OD: 19   OS: 18     9:35 AM

**Dilation:** Tech: Pj Location: OU. Discussed effects of drops; Tropicamide 1%; Phenylephrine 2.5%. Time: 9:35 AM

| External | Right Eye | Left Eye |
|----------|-----------|----------|
| • Pupils | Round. Sluggish. RAPD. 3mm. | Irregular. Sluggish. No RAPD. 3mm. |
| • Motility | Full. Orthophoric. | Full. Orthophoric. |
| • CVF | Superior Loss. | Full. |
| • Adnexa | Normal Ocular Adnexa. | Lid Edema. |

| Anterior | Right Eye | Left Eye |
|----------|-----------|----------|
| • L/C/S | Subconjunctival Hemorrhage. Nasal & Temporal Pinguecula. | Pinguecula (Temporal). |
| • Cornea | Epithelium Intact. Clear Stroma. Clear Endothelium. | Epithelium Intact. Clear Stroma. Clear Endothelium. |
| • Anterior Chamber | Equivocal Cell/Flare. | Normal Depth. Quiet. |
| • Iris | Normal. | Normal. |
| • Lens | 2+ NS. 1+ Cortical. 1+ PSC. | 2+ NS. 1+ Cortical. |



**HDRetina**
eye center ltd.
*a team built on experience, precision & compassion*

£470 Lakeside LN
2nd floor - Suite, 200
Reno, NV 89511
☎ 775.737.9411
📠 775.737.9413
www.hdretina.md

| Posterior | Right Eye | Left Eye |
|---|---|---|
| • General | Lens: 78D and 20D. | Lens: 78D and 20D. |
| • Nerve | No Disc Pallor. No Disc Edema. CDR 0.4. | No Disc Pallor. No Disc Edema. CDR 0.4. |
| • Vitreous | Clear s/p Vitrectomy. | Posterior Vitreous Detachment. |
| • Retinal Vessels | Normal Caliber. | Normal Caliber. |
| • Macula | Serous Fluid. No Edema. No Subretinal Fluid. No Hemorrhage. | No Edema. No Subretinal Fluid. No Hemorrhage. |
| • Periphery | No Total Retinal Detachment. Subretinal Fibrosis. No Holes or Tears. | Attached. No Holes or Tears. |

**Impression:**
Primary: Total Retinal Detachment Involving macula OD (51 days s/p ppv, ms, bbg, afg, endo, 23g 7/20/16). Nuclear Sclerosis OU. Posterior Vitreous Detachment OS.

**Plan:**
Discussion: Total Retinal Detachment Involving macula OD (51 days s/p ppv, ms, bbg, afg, endo, 23g 7/20/16): Attached today. Nuclear Sclerosis O~~U~~

Ocular Meds (Final): Artificial Tears 1 gtt prn OU.
Follow Up: Dr. Dhindsa 3 Months.

**CPT Codes:** 99024.
**ICD-9 Codes:** 361.05d, 366.16u, 379.21s. **ICD10 CODES:** H33.051d, H25.13u, H43.812s

*Signed:* ___Hardeep Dhindsa, M.S.___

Electronically signed by Hardeep S Dhindsa, MD

**Assist:** HV

| Anterior | Right Eye | Left Eye |
|---|---|---|
| • L/C/S | Subconjunctival Hemorrhage. Nasal & Temporal Pinguecula. | Pinguecula (Temporal). |
| • Cornea | Epithelium Intact. Clear Stroma. Clear Endothelium. | Epithelium Intact. Clear Stroma. Clear Endothelium. |
| • Anterior Chamber | Equivocal Cell/Flare. | Normal Depth. Quiet. |
| • Iris | Normal. | Normal. |
| • Lens | 2+ NS. 1+ Cortical. 1+ PSC. | 2+ NS. 1+ Cortical. |

*Gross, Michael*
*Reg# 07459-085*
*DOB 3/13/54*

FCI HERLONG-HEALTH SERVICES
PO BOX 900.
741-925 HERLONG ACCESS RD A-25
HERLONG, CA 96113

FCI HERLONG-HEALTH SERVICES
PO BOX 900
741-925 HERLONG ACCESS RD A-25
HERLONG, CA 96113

From: 7307 6245B    Page 2/4    Date: 1/4/2017 2:13 08 PM



**HDRetina**
eye center ltd.
a team built on experience, precision & compassion

07459 685  DOD 3-13-1954

| Name | Chart# | DOB | | Refer Doctor |
|------|--------|-----|---|--------------|
| Michael Gross | 6222 | 3/13/1954 (62 y.o.) | | |
| **Date** | | **Location** | **PCP** | **Insurance** |
| 12/27/2016 | | Reno | | Naphcare |

**Reason For Visit:** Follow Up – Total Retinal Detachment Involving macula OD. (s/p (ppv, ms, bbg, afg, endo, 23g) 7/20/16). Nuclear Sclerosis OU. Posterior Vitreous Detachment OS.

**HPI: CC:** Blurred Vision OD. Since Last Visit: no changes noted. Location: all quadrants. Severity: moderate. Course: stable. Associated Symptoms: floaters. CC: No Ocular or Vision Related Complaints OS. HPI obtained by Hardeep S Dhindsa, MD.

**Extended HPI:** Patient denies ocular pain in either eye. He says the vision in his right eye is darker than the vision in his left eye. He also mentioned the letters he sees in his right eye appear smaller or larger than normal. He is noticing distortion only in his right eye.

**Secondary:**

**Ocular Meds (Initial):** Artificial Tears 1 gtt prn OU.

**Mental Status:** Alert and oriented x 3, appropriate mood/affect. Hx Source: Patient.

**Medical Hx:** Noncontributory. Influenza Immunization Not Received. Pneumococcal Vaccine Not Received. **Surgical Hx:** Tonsillectomy.

**Systemic Meds:** Tylenol 2 tablet qday PO.

**Allergies:** NKDA.

**Family Hx:** Noncontributory. **Social Hx:** Marital Status: Single. Smoking/Tobacco: Never Smoker. Alcohol: None. Caffeine: 2-3 cups of coffee per day. Exercise: Daily. Substance Abuse: None. Occupation: Other. Living Conditions: Other.

**ROS:** Constitutional: Negative. HENT: Negative. Cardiovascular: Negative. Respiratory: Negative. Endocrine: Negative. Gastrointestinal: Negative. Genitourinary: Negative. Integumentary: Negative. Musculoskeletal: Negative. Neurologic: Negative. Hematology/Oncology: Negative.

**VA OD:** sc20/300 PH20/125 Nsc20/100 ----- **OS:** sc20/30+1 PH20/20- | **IOP:** App OD: 17 OS: 16 1:04 PM

**Dilation: Tech:** AM **Location:** OU. Discussed effects of drops; Tropicamide 1%; Phenylephrine 2.5%. **Time:** 1:04 PM

| **External** | **Right Eye** | **Left Eye** |
|--------------|---------------|--------------|
| • Pupils | Round. Brisk. RAPD. 4mm. | Irregular. Brisk. No RAPD. 4mm. |
| • Motility | Full. Orthophoric. | Full. Orthophoric. |
| • CVF | Superior Loss. | Full. |
| • Adnexa | Normal Ocular Adnexa. | Lid Edema. |

| **Anterior** | **Right Eye** | **Left Eye** |
|--------------|---------------|--------------|
| • L/C/S | Nasal & Temporal Pinguecula. | Pinguecula (Temporal). |
| • Cornea | Epithelium Intact. Clear Stroma. 2+ Guttats. | Epithelium Intact. Clear Stroma. 2+ Guttats. |
| • Anterior Chamber | Normal Depth. Quiet. | Normal Depth. Quiet. |
| • Iris | Normal. | Normal. |
| • Lens | 2+ 3 NS. 2+ Cortical. 2+ PSC. | 2+ 3 NS. 2+ Cortical. 2+ PSC. |

Page 1 of 2
Patient: Michael Gross (DOB 3/13/1954)
Tuesday, December 27, 2016



**HDRetina**
eye center ltd.
a home built on experience, precision & compassion

5400 Kietner 1n
2nd floor  Suite 205
Reno, NV 89511
t 775.737.9411
f 775.737.9413
www.hdretina.lrd

| Posterior | Right Eye | Left Eye |
|---|---|---|
| • General | Lens: 78D and 20D. | Lens: 78D and 20D. |
| • Nerve | No Disc Pallor. No Disc Edema. CDR 0.4. | No Disc Pallor. No Disc Edema. CDR 0.4. |
| • Vitreous | Clear s/p Vitrectomy. | Posterior Vitreous Detachment. 1+ Vitreous Debris. |
| • Retinal Vessels | Normal Caliber. | Normal Caliber. |
| • Macula | Trace Epiretinal Membrane. No Edema. No Subretinal Fluid. No Hemorrhage. | No Edema. No Subretinal Fluid. No Hemorrhage. |
| • Periphery | No Total Retinal Detachment. Subretinal Fibrosis. No Holes or Tears. | Attached. No Holes or Tears. |

**Impression:**
Primary: Vitreous Debris OS. Total Retinal Detachment involving macula OD (s/p (ppv, ms, bbg, afg, endo, 23g) 7/20/16). Nuclear Sclerosis OU. Posterior Vitreous Detachment OS.

**Plan:**
Discussion: Vitreous Debris OS: No treatment at this time. Observation recommended. Total Retinal Detachment involving macula OD (s/p (ppv, ms, bbg, afg, endo, 23g) 7/20/16: Attached today. Nuclear Sclerosis OU: The patient is cleared for cataract surgery. Cataract surgery recommended.

Ocular Meds (Final): Artificial Tears 1 gtt prn OU.

Follow Up: Dr. Dhindsa PRN.

CPT Codes: 92014. G8427. 1036F.
 G8785. 4040F. G8731.
ICD-9 Codes: 379.24s, 361.05d,
366.16u, 379.21s.
ICD-10 Codes: H43.392, H33.051,
H25.13, H43.812
Assist: HV

Signed: *Hardeep Dhindsa, M.D.*

Electronically signed by Hardeep S Dhindsa, MD

| Anterior | Right Eye | Left Eye |
|---|---|---|
| • L/C/S | Nasal & Temporal Pinguecula. | Pinguecula (Temporal). |
| • Cornea | Epithelium Intact. Clear Stroma. 2+ Guttata. | Epithelium Intact. Clear Stroma. 2+ Guttata. |
| • Anterior Chamber | Normal Depth. Quiet. | Normal Depth. Quiet. |
| • Iris | Normal. | Normal. |
| • Lens | 2+ 3 NS. 2+ Cortical. 2+ PSC. | 2+ 3 NS. 2+ Cortical. 2+ PSC. |

FCI HERLONG-HEALTH SERVICES
PO BOX 900
741-925 HERLONG ACCESS RD A-25
HERLONG, CA 96113

Page 2 of 2
Patient: Michael Gross (DOB 3/13/1954)
Tuesday, December 27, 2016



# EYE CARE ASSOCIATES OF NEVADA

Paul W. Hiss, M.D.
Curtis A. Manning, M.D.
Douglas K. Devries, O.D.
Warren J. Whitley, O.D.
Mackenzie Macintyre III, O.D.

HERLONG-HEALTH SERVICES
PO BOX 900
741-925 HERLONG ACCESS RD A-25
HERLONG, CA 96113

Patient Name: _Michael Gross_   DOB: _3/13/1954_

Date of exam: _8/8/17_

Dear Doctor _NaphCare_

The above named patient was seen in our clinic on this date for a full, dilated ophthalmic exam. The patient informs us that you are his/her primary care provider and asked that we update you on his/her diabetic eye exam status:

☐ No diabetic retinopathy

☐ Diabetic retinopathy requiring no treatment at this time

☐ Diabetic retinopathy requiring treatment

☒ Other eye disease: _Cataracts_

Recommended treatment and/or follow-up: _Schedule cataract_

We appreciate participating in the care of this patient. Please feel free to contact our office for additional information as necessary.

Yours truly,

Signature of Eye Care Provider: _Hiss MD_

Paul W. Hiss, MD          Curtis A. Manning, MD       Mackenzie Macintyre III, OD

Douglas K. Devries, OD    Warren J. Whitley, OD

EYE CARE ASSOCIATES OF NEVADA · www.eyecareassociatesnv.com
2285 Green Vista Drive · Sparks, NV 89431 · (775) 674-1100 · Fax (775) 674-1114 · (800) 331-4393

Gross, Michael
2090 Columbiana Rd Birmingham, AL
DOB: 3/13/1954 AGE: 63
(205)536-8482
REF:

AUG 08 2017

RE0#07459-085

**CHIEF COMPLAINT** ↓ in VA OD since Detachment
on itching @ dryness @ eye Astrope

**OCULAR HX:** Last DFE 12/16
RD OD 7.16 c̄ gas bubble
Dr. Dhindsa

**GTTS:** ATs TID-QID

**MEDICAL HX:**
Headaches/Migraines

**MEDS:**
ASA
Tylenol

**FAMILY HX:**
⊕ Heart Disease

**ALLERGIES:**
NKA

my V | SC CC 20/150 PH/100 | PC OD
| SC CC 20/30-2 PH/252 | OS

**HOW  TESTS:**
OLD? tear osmolarity
OD    OS
303   298

10:30 T 15 17 | **PUPILS:** 5R #3C-AFD AR OD
**EOM:** full  OS
**CVF:** full | OCB
25.55 OD
25.36 US | Inflame Dry
⊕ faint pes

K | **MR OD** −2.75 L3.00 × 2.00 20/125
**OS** −1.25 +1.00 × 160 20/20

**MENTAL STATUS:** A&O Grma-NAD ☒



| | External | |
| | Conj | |
| | Cornea | 2+ guttata, endo pigment | H guttata |
| | A/C | | 9/12 |
| **GTTS OD/OS TIME** | Lens/IOL | 2-3+ cort/NS / 2+ antrl PSC | 1-2+ cort/NS |
| N W 2.5% 10:3 | Fundus D | 0.7v | 0.65v |
| ↓cis - VA y sher
| Vit | | |
| 2° to H/o RD. | | OP10 | OD10 dvsas |
| | P temp CR scar | Rd/vit 360 O.U. | Stl/bg |

**ASSESSMENT:**
Inadel explant.
Comb Cataract O.U. 20↑ visually significant OD
h/o tot'l RO standing macula O.R - s/p repair pr Dr. Dhindsa
POAG-s pr C/D → decreased for cataract sx
Fuch's Dystrophy → workup p̄ sx
PVD re oth/ble
.DES

**PLAN:** Pt desires IE/IOL OD to
improve AOL. Disc R/B/A
Pt desires Best Dist VA

         feudismo

Pt opts for PRSE OD - distance w/ reading glass p̄ sx. O.S. PRN

**FCI HERLONG**
**P.O. BOX 900**
**741-925 HERLONG ACCESS ROAD A-25**
**HERLONG CA 96113**

TRULINCS  07459085 - GROSS, MICHAEL - Unit: HER-C-A
--------------------------------------------------------------------------------

FROM: Health Services
TO: 07459085
SUBJECT: RE:***Inmate to Staff Message***
DATE: 03/14/2016 02:17:01 PM

Your request is unclear as there is no stated request.

>>> ~^!"GROSS, ~^!MICHAEL" <07459085@inmatemessage.com> 3/14/2016 7:06 AM >>>
To: camp
Inmate Work Assignment: recycle

to who it may concern
in November i was told that i was to be scheduled for an mri... this is because of my blurred vision in my right eye...
i have been getting headaches because of the extreme lighting in the unit
thank you for your attention to this matter
mg

TRULINCS  07459085 - GROSS, MICHAEL - Unit: HER-C-A

------------------------------------------------------------------------------------------------

FROM: Health Services
TO: 07459085
SUBJECT: RE:***Inmate to Staff Message***
DATE: ~~~~~~~~~~~~~

Your comments are noted.  No stated request.

>>> ~^!"GROSS, ~^!MICHAEL" <07459085@inmatemessage.com> 3/15/2016 5:24 AM >>>
To: camp
Inmate Work Assignment: recycle

to whom it may concern
i have been after medical attention for the last 6 months concerning my vision in my right eye and was seen approx. around the 1st. of nov. .. two weeks later i received a notice in the mail stating that i was to be scheduled for an mri.....i think that i have been more than patient waiting for medical attention. my eye is now affected by the extreme lighting at the camp and it is like a flash bulb has gone off, this affects my balance and is giving me headaches
thank you
mg

-----Health Services on 3/21/2016 6:22 AM wrote:

> 

Mr Gross,
Report to Sick Call, Tuesday thru Friday, at 1230 unless announced differently.

>>> ~^!"GROSS, ~^!MICHAEL" <07459085@inmatemessage.com>
To: camp
Inmate Work Assignment: recycle

i guess that i have not spelled out clear enough for you to understand my problem.. i was told back in oct. that if my vision change to e-mail health services.... in my last e-mail i stated that my vision has gotten worse.. i have been waiting over 6 months for medical attention.. so i guess my stated request is that  I NEED MEDICAL ATTENTION  :-)

TRULINCS  07459085 - GROSS, MICHAEL - Unit: HER-C-A

------------------------------------------------------------------------------------------------------

FROM: Health Services
TO: 07459085
SUBJECT: RE:***Inmate to Staff Message***
DATE: 03/21/2016 08:27:02 AM

Chart reviewed.  Optometry consult is pending.  No MRI is pending or has been requested.  Unknown what you are "filing" about and there are no "steps" to take prior to filing.  See unit team for administrative remedy forms and review if you want to begin that process.

>>> ~^!"GROSS, ~^!MICHAEL" <07459085@inmatemessage.com> 3/21/2016 5:21 AM >>>
To: camp
Inmate Work Assignment: recycle

i have been to sick call and then  was subsequently seen . at that time i was  told to watch the call outs and once again it has been 6 months... i did receive a notice that said i would be put in for an mri.   .what is the next step before i file ?

FROM: Health Services
TO: 07459085
SUBJECT: RE:***Inmate to Staff Message***
DATE: 04/15/2016 07:32:02 AM

Ophthalmology consult has been requested.  No eye patch or sunglasses have been recommended by optometry.

>>> ~^!"GROSS, ~^!MICHAEL" <07459085@inmatemessage.com> 4/14/2016 1:37 PM >>>
To: camp
Inmate Work Assignment: recycle

now that we have established a severe eye problem, by in-house , the review committee and the optometrist.
I am wondering what the next move is ? I also am asking for either an eye patch or permission to wear my sunglasses in the unit , as i cannot see out of my right eye ... the extreme lighting in the unit causes headaches and light headedness, which is my balance....consequently i do allot of laying around
thank you for your attention to this matter
mg

TRULINCS 07459085 - GROSS, MICHAEL - Unit: HER-C-A

---

FROM: Health Services
TO: 07459085
SUBJECT: RE:***Inmate to Staff Message***
DATE: 04/15/2016 02:47:01 PM

No condition noted that warrants eye patch or sunglasses.

>>> ~^!"GROSS, ~^!MICHAEL" <07459085@inmatemessage.com> 4/15/2016 11:30 AM >>>
To: camp
Inmate Work Assignment: recycle

the eye patch and/or sunglasses were not recommended only because he said at prison he thought it wouldn't be allowed.. you might want to check with him... this is cruel and unusual punishment .

TRULINCS 07459085 - GROSS, MICHAEL - Unit: HER-C-A

----------------------------------------------------------------------------------------------

FROM: Health Services
TO: 07459085
SUBJECT: RE:***Inmate to Staff Message***
DATE: 05/09/2016 12:47:02 PM

No documents other than discharge orders received.  Discharge orders stated follow up with ophthalmologist.

>>> ~^!"GROSS, ~^!MICHAEL" <07459085@inmatemessage.com> 5/8/2016 1:23 PM >>>
To: mecial records
Inmate Work Assignment: recycle

have we received my report from the hospital yet..i would like a copy when you receive it
mg

TRULINCS  07459085 - GROSS, MICHAEL - Unit: HER-C-A

-------------------------------------------------------------------------------------------------------

FROM: Health Services
TO: 07459085
SUBJECT: RE:***Inmate to Staff Message***
DATE: ~~~~~~~~~~~~ :02 AM

You are scheduled for a routine Ophthalmology visit.  Since this is schedule for an outside provider you will not be advised when/where the appointment is scheduled.  If you want to discuss the ER visit, you will need to go through Sick Call to have that scheduled.

>>> ~^!"GROSS, ~^!MICHAEL" <07459085@inmatemessage.com> 6/5/2016 9:30 AM >>>
To: medical records
Inmate Work Assignment: safety/recycle

i am once again requesting the assessment from the e.r. room from reno on may 3rd. 2016.
you have told me the recommendation but i need the assessment/diagnosis.
thnaks
mg

TRULINCS  07459085 - GROSS, MICHAEL - Unit: HER-C-A

-·:--------------------------------------------------------------------------------------------------

FROM: Health Services
TO: 07459085
SUBJECT: RE:***Inmate to Staff Message***
DATE: ▓▓▓▓▓▓▓▓ 7:02 AM

Pending scheduling.

>>> ~^!"GROSS, ~^!MICHAEL" <07459085@inmatemessage.com> 6/22/2016 4:59 PM >>>
To: HSA Mccoy
Inmate Work Assignment: safety/recycle

I am curious as to whether I have been put in for the surgery that the retina specialist recommended ?
i went to sick call today to ask , but the nurse was unable to answer my questions
thanks
mg

TRULINCS  07459085 - GROSS, MICHAEL - Unit: HER-C-A

--------------------------------------------------------------------------------

FROM: Health Services
TO: 07459085
SUBJECT: RE:***Inmate to Staff Message***
DATE: 07/27/2016 02:57:02 PM

No documents in chart.

>>> ~^!"GROSS, ~^!MICHAEL" <07459085@inmatemessage.com> 7/27/2016 11:18 AM >>>
To: HSA
Inmate Work Assignment: recycle

i went to reno today and the doctor sent back instructions with the transport officer to give to me.. i would like these asap
thanks
mg

TRULINCS  07459085 - GROSS, MICHAEL - Unit: HER-C-A

-------------------------------------------------------------------------------------------------

FROM: Health Services
TO: 07459085
SUBJECT: RE:***Inmate to Staff Message***
DATE: 02/06/2017 08:22:02 AM

Ophthalmology consult approved by region 1/24/17.

>>> ~^!"GROSS, ~^!MICHAEL" <07459085@inmatemessage.com> 2/3/2017 1:33 PM >>>
To: dr. allred
Inmate Work Assignment: recycle

dear sir
as per our conversation several weeks ago concerning further eye surgery , I am wondering if you have put in to region and if
so the date of the request.
thank you
mg

TRULINCS  07459085 - GROSS, MICHAEL - Unit: HER-C-A

-----------------------------------------------------------------------------------------

FROM: Health Services
TO: 07459085
SUBJECT: RE:***Inmate to Staff Message***
DATE: 06/22/2017 07:37:02 AM

Approved surgery is pending scheduling.

>>> ~^!"GROSS, ~^!MICHAEL" <07459085@inmatemessage.com> 6/21/2017 3:24 PM >>>
To: dr. allred
Inmate Work Assignment: recycle

dear sir
i am once again needing your assistance.... in Dec. we talked about my further eye surgery and you then put in for approval
from region... as per a subsequent e-mail stated that region had indeed approved the further consult/surgery from the outside
source, back in january. I went to see ms. miller about one month ago ( may 24 ) and she stated that she could not find me as
being put in for or scheduled for any further treatment .. at this time she made several phone calls and clicked away on the
computer.(nothing)
it has now been 5 months since the approval and over 6 months since this was recommended by the retina specialist... can you
help ?
thanks

TRULINCS  07459085 - GROSS, MICHAEL - Unit: HER-C-A

-------------------------------------------------------------------------------------

FROM: Health Services
TO: 07459085
SUBJECT: RE:***Inmate to Staff Message***
DATE: 08/14/2017 08:37:02 AM


Records requests are processed in the order received.  You will be instructed if charges apply and placed on callout when records are available.  No priority is given due to pending transfer dates.

>>> ~^!"GROSS, ~^!MICHAEL" <07459085@inmatemessage.com> PM >>>
To: Allred
Inmate Work Assignment: recycle

dear sir.
i am requesting a copy of the consult from the eye specialist that i saw on the 8th of august
thank you
mg

TRULINCS  07459085 - GROSS, MICHAEL - Unit: HER-C-A

---------------------------------------------------------------------------------------------------

FROM: Health Services
TO: 07459085
SUBJECT: RE:***Inmate to Staff Message***
DATE: ~~~~~~~~~~~~~~~~ AM

Already responded.  Any preop instructions will be provided by nursing staff verbally.

>>> ~^!"GROSS, ~^!MICHAEL" <07459085@inmatemessage.com> 8/14/2017 7:29 AM >>>
To: allred
Inmate Work Assignment: recycle

all i am requesting in the pre-op consult for my surgery.. i think that it is imperative that i have it
thanks
mg

TRULINCS  07459085 - GROSS, MICHAEL - Unit: HER-C-A

---------------------------------------------------------------------------------------------------------

FROM: Health Services
TO: 07459085
SUBJECT: RE:***Inmate to Staff Message***
DATE:

Results will be given to Ms. Miller. However, the note is not clear enough for our provider to indicate recommendation.

>>> ~^!"GROSS, ~^!MICHAEL" <07459085@inmatemessage.com> 9/5/2017 1:20 PM >>>
To: williams
Inmate Work Assignment: recycle

I am requesting a copy of my last eye consult on august 8th 2017...
this would be the results and recommendations for further eye surgery.
can I get a copy from Ms. miller?
thank you mg

Date: March 3, 2015

NOTICE TO FCI/FPC HERLONG INMATE POPULATION

FROM:    I. Jacquez, Associate Warden (Operations)

SUBJECT:    SICK CALL PROCEDURES

Effective Monday, March 9, 2015 the sick call/cop-out and "Open House" system will be revised as follows:

Inmates may still present to Health Services' sick call on Mondays, Tuesdays, Thursdays, and Fridays from 7:00 to 7:30 AM if they wish to be evaluated.

Inmates wishing to be evaluated will complete a written "Sick Call" paper form, and then will wait to be evaluated by a Nurse, and have their vital signs taken.  Inmates will then be scheduled for an appointment w/in the following two to three weeks depending on the severity of their illness.  Any inmates leaving before they are evaluated by a clinician and vital signs are taken, will NOT be scheduled for an appointment.

*Inmates should email Health Services ("InmatetoHealthServices") with administrative requests, such as requests for medical records, an appointment with health services, medication refills, etc.*

*Requests for medical records, medication refill/change, shoe inserts/soft shoe passes, and or lower floor/bunk pass are NOT medical emergencies, and will NOT be addressed at sick call.  Inmates with these type of requests may email Health Services with their request.*

Dental will continue to process "sick call" or "cop out" forms on Mondays, Tuesdays, Thursdays, & Fridays from 7:00 to 7:30 AM for evaluation by the Dentist.

Inmates in the Special Housing Unit (SHU) will continue to submit written "sick call" forms to the Pharmacy Technician and/or Nurse that makes rounds daily in SHU.

Inmates at the Camp may send an email to Health Services, or submit a written "sick call" form to the box outside Health Services in the Camp Administration building, or to a Nurse that visits Camp daily.

**The Joint Commission**

2 #

Friday, May 20, 2016

Michael Gross #07459-085
PO Box 800
Herlong, CA 96113

Incident #62440ZOM-82564HZX

Dear Mr. Gross #07459-085:

Thank you for sharing your concerns with The Joint Commission.

After reviewing your concerns, we have determined that the issues are not addressed by The Joint Commission's standards. Joint Commission standards focus on safety and quality of care. Therefore, The Joint Commission is unable to evaluate your concerns since they fall outside of the scope of our evaluation process.

Thank you for bringing your concerns to our attention. As always, we encourage you to contact the organization directly for resolution.

Please include the incident number indicated at the top of this letter on any future correspondence regarding this matter.

Sincerely,

Office of Quality and Patient Safety

**Headquarters**
One Renaissance Boulevard
Oakbrook Terrace, IL 60181
630 792 5000 Voice

**Jeffry K Finer PS**

35 W Main Street • Suite 300
Spokane, Washington • 99201

509.464.7611  jeffry@finer-bering.com

#3

May 25, 2016


Michael Gross
BOP # 07459-085
Federal Correctional Institution
P.O. BOX 800
Herlong, CA  96113

Dear Mr. Gross:


This correspondence is in response to your letter received May 25, 2016 regarding the lack of medical attention with your right eye.

Unfortunately, we are unable to help you with this matter.  We are unable to take on out of state cases.  Though we sympathize with your problem, we cannot help you pursue this issue.

We apologize that we could not be of more assistance to you and wish you the best of luck.


Sincerely,

Danette Lanet
Paralegal

_Steroid - 2_

_H #_

07459-085 - GROSS, MICHAEL - 281003-TCX

Read this medicine information sheet carefully each time you get this medicine filled. You must carefully read the "Consumer Information Use and Disclaimer" below in order to understand and correctly use this information. This information is for MALE patients only. It does NOT include important information for FEMALE patients.

## Prednisolone Acetate Eye Drops

Pronunciation: (pred NISS oh lone ASS uh tate)
Brand Names: Omnipred; Pred Forte.

### What is this drug used for?

- It is used to treat eye swelling.

### What do I need to tell my doctor BEFORE I take this drug?

- If you have an allergy to prednisolone or any other part of this drug.
- If you are allergic to any drugs like this one, any other drugs, foods, or other substances. Tell your doctor about the allergy and what signs you had, like rash; hives; itching; shortness of breath; wheezing; cough; swelling of face, lips, tongue, or throat; or any other signs.
- If you have any of these health problems: A fungal, TB (tuberculosis), or viral infection of the eye.

This is not a list of all drugs or health problems that interact with this drug.

Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your other drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

### What are some things I need to know or do while I take this drug?

- Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.
- Use care when driving or doing other tasks that call for clear eyesight.
- Long-term use may raise the chance of cataracts or glaucoma. Talk with the doctor.
- Signs of eye irritation may be masked if you also use this drug for a long time. Talk with your doctor.
- Do not use longer than you have been told by the doctor.

WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical

help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:

- Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.
- Change in eyesight, eye pain, or very bad eye irritation.

### What are some other side effects of this drug?

All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away:

- Eye irritation.

These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects.

You may report side effects to the FDA at 1-800-FDA-1088. You may also report side effects at http:// www.fda.gov/medwatch.

### How is this drug best taken?

Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.

- For the eye only.
- Keep using this drug as you have been told by your doctor or other health care provider, even if you feel well.
- Wash your hands before and after use.
- Take out contact lenses before using this drug. Lenses may be put back in 15 minutes after the drug is given. Do not put contacts back in if your eyes are irritated or infected.
- Do not touch the container tip to the eye, lid, or other skin.
- Tilt your head back and drop into the eye.
- After use, keep your eyes closed. Put pressure on the inside corner of the eye. Do this for 1 or 2 minutes. This keeps the drug in your eye.
- Shake well before use.

### What do I do if I miss a dose?

- Use a missed dose as soon as you think about it.
- If it is close to the time for your next dose, skip the missed dose and go back to your normal time.
- Do not use 2 doses or extra doses.

### How do I store and/or throw out this drug?

- Store at room temperature. Do not freeze.
- Store upright with the cap on.
- Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets.
- Check with your pharmacist about how to throw out unused drugs.

### General drug facts

- If your symptoms or health problems do not get better or if they become worse, call your doctor.
- Do not share your drugs with others and do not take anyone else's drugs.
- Keep a list of all your drugs (prescription, natural products, vitamins, OTC) with you. Give this list to your doctor.
- Talk with the doctor before starting any new drug, including prescription or OTC, natural products, or vitamins.
- Some drugs may have another patient information leaflet. Check with your pharmacist. If you have any questions about this drug, please talk with your doctor, nurse, pharmacist, or other health care provider.
- If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or to show what was taken, how much, and when it happened.

### Consumer Information Use and Disclaimer

This information should not be used to decide whether or not to take this medicine or any other medicine. Only the healthcare provider has the knowledge and training to decide which medicines are right for a specific patient. This information does not endorse any medicine as safe, effective, or approved for treating any patient or health condition. This is only a brief summary of general information about this medicine. It does NOT include all information about the possible uses, directions, warnings, precautions, interactions, adverse effects, or risks that may apply to this medicine. This information is not specific medical advice and does not replace information you receive from the healthcare provider. You must talk with the healthcare provider for complete information about the risks and benefits of using this medicine.

Database Edition 16.2.1.002
© 2016 Clinical Drug Information, LLC and Lexi-Comp, Inc.

Issue Date: 2016-06-01
Wolters Kluwer Clinical Drug Information

*Antibiotic - 1* (handwritten)

07459-085 - GROSS, MICHAEL - 261004-TCX

Read this medicine information sheet carefully each time you get this medicine filled. You must carefully read the "Consumer Information Use and Disclaimer" below in order to understand and correctly use this information. This information is for MALE patients only. It does NOT include important information for FEMALE patients.

# Tobramycin Eye Drops

Pronunciation: (toe bra MYE sin)
Brand Names: US: AK-Tob; Tobrex.

## What is this drug used for?

• It is used to treat eye infections.

## What do I need to tell my doctor BEFORE I take this drug?

• If you have an allergy to tobramycin or any other part of this drug.

• If you are allergic to any drugs like this one, any other drugs, foods, or other substances. Tell your doctor about the allergy and what signs you had, like rash; hives; itching; shortness of breath; wheezing; cough; swelling of face, lips, tongue, or throat; or any other signs.

This drug may interact with other drugs or health problems.

Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

## What are some things I need to know or do while I take this drug?

• Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.

• Use care when driving or doing other tasks that call for clear eyesight.

• Do not use longer than you have been told. A second infection may happen.

## What are some side effects that I need to call my doctor about right away?

WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:

• Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.

Wolters Kluwer Clinical Drug Information                Page 1

• Change in eyesight, eye pain, or very bad eye irritation.

## What are some other side effects of this drug?

All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away.

These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects.

You may report side effects to the FDA at 1-800-FDA-1088. You may also report side effects at http://www.fda.gov/medwatch.

## How is this drug best taken?

Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.

• To gain the most benefit, do not miss doses.

• Use as you have been told, even if your signs get better.

• Take this drug at the same time of day.

• For the eye only.

• Do not wear contact lenses at any time while using this drug.

• Do not touch the container tip to the eye, lid, or other skin.

• ~~If you head back and deep drug into the eye.~~

• After use, keep your eyes closed. Put pressure on the inside corner of the eye. Do this for 1 to 2 minutes. This keeps the drug in your eye.

## What do I do if I miss a dose?

• Use a missed dose as soon as you think about it.

• If it is close to the time for your next dose, skip the missed dose and go back to your normal time.

• Do not use 2 doses or extra doses.

## How do I store and/or throw out this drug?

• Store at room temperature. Do not freeze.

• Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets.

• Check with your pharmacist about how to throw out unused drugs.

## General drug facts

• If your symptoms or health problems do not get better or if they become worse, call your doctor.

• Do not share your drugs with others and do not take anyone else's drugs.

• Keep a list of all your drugs (prescription, natural products, vitamins, OTC) with you. Give this list to your doctor.

• Talk with the doctor before starting any new drug, including prescription or OTC, natural products, or vitamins.

• Some drugs may have another patient information leaflet. Check with your pharmacist. If you have any questions about this drug, please talk with your doctor, nurse, pharmacist, or other health care provider.

• If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

## Consumer Information Use and Disclaimer

This information should not be used to decide whether or not to take this medicine or any other medicine. Only the healthcare provider has the knowledge and training to decide which medicines are right for a specific patient. This information does not endorse any medicine as safe, effective, or approved for treating any patient or health condition. This is only a brief summary of general information about this medicine. It does NOT include all information about the possible uses, directions, warnings, precautions, interactions, adverse effects, or risks that may apply to this medicine. This information is not specific medical advice and does not replace information you receive from the healthcare provider. You must talk with the healthcare provider for complete information about the risks and benefits of using this medicine.

Issue Date: 2016-06-01
Database Edition 16.2.1.002
© 2016 Clinical Drug Information, LLC and Lexi-Comp, Inc.

Wolters Kluwer Clinical Drug Information                Page 2



# Bureau of Prisons
## Health Services
### Medical Duty Status

| Reg #: 07459-085 | Inmate Name: GROSS, MICHAEL |
|---|---|

**Housing Status**

| | | | | |
|---|---|---|---|---|
| __ confined to the living quarters except __ meals __ pill line __ treatments | Exp. Date: _____ |
| __ on complete bed rest: __ bathroom privileges only | Exp. Date: _____ |
| X cell: __ cell on first floor __ single cell X lower bunk __ airborne infection isolation | Exp. Date: 01/31/2018 |
| __ other: _____ | Exp. Date: _____ |

**Physical Limitation/Restriction**

| | |
|---|---|
| __ all sports | Exp. Date: _____ |
| __ weightlifting: __ upper body __ lower body | Exp. Date: _____ |
| __ cardiovascular exercise: __ running __ jogging __ walking __ softball __ football __ basketball __ handball __ stationary equipment | Exp. Date: _____ |
| __ other: _____ | Exp. Date: _____ |

**May have the following equipment in his / her possession**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Dental Appliance | 06/14/2012 | | |
| Partial upper | | | |
| Eye Glasses | 06/14/2012 | | |

**Work Restriction / Limitation**

Cleared for Food Service: Yes

X No Restrictions

**Comments:** Severe visual impairment / legally blind right eye
may wear tinted glasses indoors
low bunk.

| Allred, D. DO/CD | 01/06/2017 |
|---|---|
| Health Services Staff | Date |

| Inmate Name: GROSS, MICHAEL | Reg #: 07459-085 | Quarters: C01 |
|---|---|---|

*ALL EXPIRATION DATES ARE AT 24:00*

#7



FCC TUCSON PHARMACY  Allred, D. DO/CD
261004-TCX      (0) Refills
                                07/20/2016
GROSS, MICHAEL        07459-085
   HER-C01040L
**Instill one drop in the right
eye four times daily –– wait
5 minutes before applying
other eye drop in eye**
**Tobramycin Sulfate**
**Ophth 0.3%, 5 ML Soln**  #5
   07/20/2016   IXA   Rx Exp 07/27/2016
Federal /State law prohibits transfer of this drug to any person other than patient for whom prescribed.



FCC TUCSON PHARMACY  Allred, D. DO/CD
261003-TCX      (0) Refills
                                07/20/2016
GROSS, MICHAEL        07459-085
   HER-C01040L
**Instill one drop in the right
eye four times daily –– wait
5 minutes before applying
other eye drop in eye**
**prednisoLONE Ace.**
**Ophth Susp 1%, 5 ml**  #5
   07/20/2016   IXA   Rx Exp 08/19/2016
CAUTION: Federal /State law prohibits transfer of this drug to any person other than patient for whom prescribed.

- Do not travel to a higher elevation or mountain range from a lower altitude. If you have eye pain while traveling, you should change your route to head for a lower altitude. If this is not possible, you should stop until eye pressure equilibrates and pain subsides.

- Maintain the proper head positioning as advised by your Ophthalmologist. Incorrect head positioning may cause your surgery to be unsuccessful, glaucoma or cataracts.

- Do not remove the bracelet you are wearing because it will alert health care providers about your surgery in case of an emergency.



Contact information for Ophthalmologist

Dr. Dhindsa _____  (name)

775-737-9411 _____  (number)

Date of surgery: 07 / 20 / 2016

TAM111 02/04

07459-085 - GROSS, MICHAEL - 29586O-TCX

Read this medicine information sheet carefully each time you get this medicine filled. You must carefully read the "Consumer Information Use and Disclaimer" below in order to understand and correctly use this information. This information is for MALE patients only. It does NOT include important information for FEMALE patients.

## Ofloxacin (Ophthalmic)

Pronunciation: (oh FLOKS a sin)
Brand Names: US Ocuflox.
Brand Names: Canada Apo-Ofloxacin; Ocuflox; PMS-Ofloxacin; Sandoz-Ofloxacin.

### What is this drug used for?

• It is used to treat eye infections.

### What do I need to tell my doctor BEFORE I take this drug?

• If you have an allergy to ofloxacin or any other part of this drug.
• If you are allergic to any drugs like this one, any other drugs, foods, or other substances. Tell your doctor about the allergy and what signs you had, like rash; hives; itching; shortness of breath; wheezing; cough; swelling of face, lips, tongue, or throat; or any other signs.
• This drug may interact with other drugs or health problems.
• Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

### What are some things I need to know or do while I take this drug?

• Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.
• Use care when driving or doing other tasks that call for clear eyesight.
• Do not use longer than you have been told. A second infection may happen.
• Very bad and sometimes deadly allergic reactions have rarely happened with other forms of this drug as well as drugs like this one. Talk with the doctor.
• WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:

Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.
• Change in eyesight, eye pain, or very bad eye irritation.
• Joint pain or swelling.
• A very bad skin reaction (Stevens-Johnson syndrome/ toxic epidermal necrolysis) may happen. It can cause very bad health problems that may not go away, and sometimes death. Get medical help right away if you have signs like red, swollen, blistered, or peeling skin (with or without fever); red or irritated eyes, or sores in your mouth, throat, nose, or eyes.

### What are some other side effects of this drug?

• All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away:
• Burning.
• Eye irritation.
These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects.

You may report side effects to the FDA at 1-800-FDA-1088. You may also report side effects at http:// www.fda.gov/medwatch.

### How is this drug best taken?

Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.
• To gain the most benefit, do not miss doses.
• Use as you have been told, even if your signs get better.
• Use this drug at the same time of day.
• For the eye only.
• Wash your hands before and after use.
• Do not touch the container tip to the eye, lid, or other skin.
• Tilt your head back.

Wolters Kluwer Clinical Drug Information
Page 1

07459-085 - GROSS, MICHAEL - 29586O-TCX

• Gently pull down the lower lid and squeeze in how much the doctor told you to use.
• After use, keep your eyes closed. Put pressure on the inside corner of the eye. Do this for 1 to 2 minutes. This keeps the drug in your eye.
• Avoid wearing contacts unless told to wear them by your doctor.

### What do I do if I miss a dose?

• Use a missed dose as soon as you think about it.
• If it is close to the time for your next dose, skip the missed dose and go back to your normal time.
• Do not use 2 doses at the same time or extra doses.

### How do I store and/or throw out this drug?

• Store at room temperature. Do not freeze.
• Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets.
• Check with your pharmacist about how to throw out unused drugs.

### General drug facts

• If your symptoms or health problems do not get better or if they become worse, call your doctor.
• Do not share your drugs with others and do not take anyone else's drugs.
• Keep a list of all your drugs (prescription, natural products, vitamins, OTC) with you. Give this list to your doctor.
• Talk with the doctor before starting any new drug, including prescription or OTC, natural products, or vitamins.
• Some drugs may have another patient information leaflet. Check with your pharmacist. If you have any questions about this drug, please talk with your doctor, nurse, pharmacist, or other health care provider.
• If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

### Consumer Information Use and Disclaimer

This information should not be used to decide whether or not to take this medicine or any other medicine. Only the healthcare provider has the knowledge and training to decide which medicines are right for a specific patient. This information does not endorse any medicine as safe, effective, or approved for treating any patient or health condition. This is only a brief summary of general information about this medicine. It does NOT include all information about the possible uses, directions, warnings, precautions, interactions, adverse effects, or risks that may apply to this medicine. This information is not specific medical advice and does not replace information you receive from the healthcare provider. You must talk with the healthcare provider for complete information about the risks and benefits of using this medicine.

Issue Date: 2017-09-06
Database Edition 17.3.1.002
Copyright 2017 Wolters Kluwer Clinical Drug Information, Inc. and its affiliates and/or licensors. All rights reserved.

Wolters Kluwer Clinical Drug Information

Page 2

Attached to
Eye Drops on 11-16-2017

GROSS
27459-085
Both eyes twice
a day until
Sone.

#10

Instructions from the Eye Drop Box

8.1    Pregnancy
8.2    Lactation
8.4    Pediatric Use
8.5    Geriatric Use
11    DESCRIPTION
12    CLINICAL PHARMACOLOGY
12.1    Mechanism of Action
12.3    Pharmacokinetics
13    NONCLINICAL TOXICOLOGY
13.1    Carcinogenesis, Mutagenesis and Impairment of Fertility
14    CLINICAL STUDIES
14.1    Ocular Inflammation and Pain
16    HOW SUPPLIED/STORAGE AND HANDLING
17    PATIENT COUNSELING INFORMATION

*Sections or subsections omitted from the full prescribing information are not listed.

# FULL PRESCRIBING INFORMATION:

## 1    INDICATIONS AND USAGE

BromSite (bromfenac ophthalmic solution) 0.075% is indicated for the treatment of postoperative inflammation and prevention of ocular pain in patients undergoing cataract surgery.

## 2    DOSAGE AND ADMINISTRATION

### 2.1    Recommended Dosing

One drop of BromSite should be applied to the affected eye twice daily (morning and evening) 1 day prior to surgery, the day of surgery, and 14 days postsurgery.

### 2.2    Use with Other Topical Ophthalmic Medications

BromSite should be administered at least 5 minutes after installation of other topical medications. BromSite may be administered in conjunction with other topical ophthalmic medications such as alpha-agonists, beta

clinically relevant doses.

Clinical Considerations
Because of the known effects of prostaglandin biosynthesis-inhibiting drugs on the fetal cardiovascular system (closure of ductus arteriosus), the use of BromSite during late pregnancy should be avoided.

Data
Animal Data
Treatment of rats with bromfenac at oral doses up to 0.9 mg/kg/day (195 times a unilateral daily dose ophthalmic dose on a mg/m² basis, assuming 100% absorbed) and rabbits at oral doses up to 7.5 mg/kg/day (3243 times a unilateral daily dose on a mg/m² basis) produced no structural teratogenicity in reproduction studies. However, embryo-fetal lethality, neonatal mortality and reduced postnatal growth were produced in rats at 0.9 mg/kg/day, and embryo-fetal lethality was produced in rabbits at 7.5 mg/kg/day. Because animal reproduction studies are not always predictive of human response, this drug should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

8.2    Lactation
There are no data on the presence of bromfenac in human milk, the effects on the breastfed infant, or the effects on milk production; however, systemic exposure to bromfenac from ocular administration is low [see Clinical Pharmacology (12.3)]. The developmental and health benefits of breastfeeding should be considered along with the mother's clinical need for bromfenac and any potential adverse effects on the breast-fed child from bromfenac or from the underlying maternal condition.

8.4    Pediatric Use
Safety and efficacy in pediatric patients below the age of 18 years have not been established.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

---

| | |
|---|---|
| MICHAEL GROSS | )  CIVIL ACTION NO._____ |
| | ) |
| PLANTIFF | ( |
| | ) |
| VS. | ( |
| DEFENDANTS | ) |
| | ( |
| | ) |
| FCI HERLONG, MEDICAL, RECORDS, | ( |
| SCHEDULING,  UTILIZATION COMMITTEE | ) |
| HSA MCCOY, WARDEN FELICIA PONCE | (    PLEADINGS IN A CIVIL ACTION |
| THE BOP,NURSE TABOR | ) |
| | (    CERTIFICATE OF SERVICE |

---

I declare under the penalty of perjury, under the laws of the United States of America that the foregoing is true and correct.

That the allegations and other factual contentions have evidentiary support and therefore the plantiff prays for the Judgement requested.

11-30-17
DATED

MICHAEL GROSS