UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA



FILED
DEC 07 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

---

MICHAEL GROSS )  CIVIL ACTION NO. 2:17-CV-2566-CKD
 )
PLAINTIFF )
 )
VS. )
DEFENDANTS )
 )
FCI HERLONG, MEDICAL, RECORDS, )  MOTION TO PROCEED INFORMA PAUPERIS
SCHEDULING, UTILIZATION COMMITTEE )  28 USC § 1915 BY A PERSON IN FEDERAL
HSA MCCOY, WARDEN FELICIA PONCE )  PRISON
THE BOP, NURSE TABOR )

---

I declare under the penalties of perjury that I am unable to pay the fee's for the above captioned action.

I have been in federal prison going on 15 years and the only monies that I have are what I earn working several prison jobs. This pays for the basic needs to maintain a healthy life.

I have no family left on the outside but do have a couple of friends that send money on occasion. This amounts to 200 to 300 hundred a year, usually at birthdays and christmas time.

Attached is the application to proceed and i think that this will provide enough to show that I am well below the poverty levels to grant this motion to proceed.

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity see U.S.C. §1915(a)

_____        11-30-17
Michael Gross                  Dated

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

CASE NUMBER:

I, __MICHAEL GROSS__, declare that I am the petitioner in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the petition.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:   ☒ Yes       ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration.   __FPC HERLONG__

   Have the institution fill out the Certificate portion of this application.

2. Are you currently employed?   ☒ Yes       ☐ No

   a. If the answer is "Yes" state the amount of your pay.   100 TO 160 A MONTH

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. Business, profession or other self-employment | ☐ Yes | ☒ No | |
   | b. Rent payments, interest or dividends | ☐ Yes | ☒ No | |
   | c. Pensions, annuities or life insurance payments | ☐ Yes | ☒ No | |
   | d. Disability or workers compensation payments | ☐ Yes | ☒ No | |
   | e. Gifts or inheritances | ☒ Yes | ☐ No | 200 TO 300 A YEAR |
   | f. Any other sources | ☐ Yes | ☒ No | |

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received and what you expect you will continue to receive. Please attach an additional sheet if necessary.

ifpform.hab (rev. 7/02)

4. Do you have cash or checking or savings accounts?     ☒ Yes     ☐ No

   If "Yes" state the total amount: __$1,000__

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?     ☐ Yes     ☒ No

   If "Yes" describe the property and state its value. _____

6. Do you have any other assets?     ☐ Yes     ☒ No

   If "Yes" list the asset(s) and state the value of each asset listed.

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

_____    _____
DATE                    SIGNATURE OF APPLICANT

**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $__873.52__ on account to his/her credit at __FCI Herlong, CA__ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $__864.27__. I further certify that during the past six months the average of monthly deposits to the applicant's account was $__1,090.68__.

__11/13/17__    _____
DATE             SIGNATURE OF AUTHORIZED OFFICER
                 H. Fitzgerald

ifpform.hab (rev. 7/02)

## Inmate Inquiry

[PRINT]

| | | | |
|---|---|---|---|
| Inmate Reg #: | 07459085 | Current Institution: | Herlong FCI |
| Inmate Name: | GROSS, MICHAEL | Housing Unit: | HER-C-A |
| Report Date: | 11/13/2017 | Living Quarters: | C01-040L |
| Report Time: | 11:23:19 AM | | |

General Information  |  Account Balances  |  Commissary History  |  Commissary Restrictions  |  Comments

### General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 3751 |
| PAC #: | 287299964 |
| Revalidation Date: | 28th |
| FRP Participation Status: | Completed |
| Arrived From: | ENG |
| Transferred To: | |
| Account Creation Date: | 1/21/2005 |
| Local Account Activation Date: | 6/14/2012 3:17:19 AM |
| Sort Codes: | |
| Last Account Update: | 11/8/2017 10:29:02 AM |
| Account Status: | Active |
| Phone Balance: | $9.74 |

#### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $0.00 |
| Pre-Release Deduction %: | 0% |
| Income Categories to Deduct From: | ✓ Payroll   ✓ Outside Source Funds |

#### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

### Account Balances

| | |
|---|---|
| Account Balance: | $873.32 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |

| | |
|---:|:---|
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $873.32 |
| National 6 Months Deposits: | $1,090.68 |
| National 6 Months Withdrawals: | $1,047.25 |
| Available Funds to be considered for IFRP Payments: | $640.68 |
| National 6 Months Avg Daily Balance: | $864.27 |
| Local Max. Balance - Prev. 30 Days: | $935.87 |
| Average Balance - Prev. 30 Days: | $833.53 |

## Commissary History

### Purchases

| | |
|---:|:---|
| Validation Period Purchases: | $62.55 |
| YTD Purchases: | $196.65 |
| Last Sales Date: | 11/8/2017 10:29:02 AM |

### SPO Information

| | |
|---:|:---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

### Spending Limit Info

| | |
|---:|:---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Bi-Weekly Revalidation: | No |
| Spending Limit: | $360.00 |
| Expended Spending Limit: | $61.15 |
| Remaining Spending Limit: | $298.85 |

## Commissary Restrictions

### Spending Limit Restrictions

| | |
|---:|:---|
| Restricted Spending Limit: | $0.00 |
| Restricted Expended Amount: | $0.00 |
| Restricted Remaining Spending Limit: | $0.00 |
| Restriction Start Date: | N/A |
| Restriction End Date: | N/A |

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|