UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
DEC 26 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

MICHAEL GROSS,

Plaintiff(s)/Petitioner(s),

vs.

FCI HERLONG, ET AL.,

Defendant(s)/Respondents(s).

Case No.  2:17-CV-02566-CKD

ORDER RE CONSENT
OR REQUEST FOR REASSIGNMENT

This case was randomly assigned to a Magistrate Judge. A Magistrate Judge may perform the duties assigned pursuant to 28 U.S.C § 636(c) and Eastern District Local Rule 302. However, a Magistrate Judge may not preside over the trial in this case or make dispositive rulings without all parties' written consent. 28 U.S.C. § 636(c). If the parties do consent, a Magistrate Judge may conduct all proceedings and enter judgment in the case subject to direct appellate review by the Ninth Circuit Court of Appeals. If a party declines to consent, a Magistrate Judge shall continue to perform all duties as required by Eastern District Local Rule 302.

Therefore, within 30 days, the parties shall complete and return this form to the court.

However, the parties are advised that they are free to withhold consent without adverse substantive consequences.

IT IS SO ORDERED.

Dated: _____12/8/17_____        /s/ – Carolyn K. Delaney
                                United States Magistrate Judge

---

**IMPORTANT:** You must check and sign only one section of this form and return it to the Clerk's Office within 30 days.

---

[X] **CONSENT** TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE

The undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case.

Date: _12-20-2017_

Signature: _____

Print Name: _Michael Gross_

[X] Plaintiff/Petitioner  ( ) Defendant/Respondent  ( ) Counsel for *

---

[ ] **DECLINE** OF JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE

The undersigned declines to consent to a United States Magistrate Judge and requests random assignment to a United States District Judge.

Date: _____

Signature: _____

Print Name: _____

( ) Plaintiff/Petitioner  ( ) Defendant/Respondent  ( ) Counsel for *

---

*If counsel of record, list name of each party responding: _____