UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GROSS,<br><br>        Plaintiff,<br><br>   v.<br><br>H.S.A. MCCOY, et al.,<br><br>        Defendants. | No. 2:17-cv-02566 CKD P<br><br><br>ORDER |

Plaintiff is a federal prisoner proceeding pro se in this civil rights action filed pursuant to Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 U.S. 388 (1971). By order of May 21, 2018, the court found the complaint states cognizable claims for relief under the Eighth Amendment for deliberate indifference to a serious medical need against defendants Nurse T. Tabor, Health System Administrator McCoy, and Health System Administrator Tuttle. Therefore, the court will order that plaintiff provide information to the court so that these defendants can be served with process.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: Nurse T. Tabor, employed at FCI-Herlong, Health System Administrator McCoy, and Health System Administrator Tuttle.

2. The Clerk of the Court shall send plaintiff three USM-285 forms, one summons, an instruction sheet and a copy of the first amended complaint.

1

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Four copies of the first amended complaint.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

Dated: June 5, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/gros2566.1.modified.docx

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | UNITED STATES DISTRICT COURT | |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |
| 10 | | |
| 11 | MICHAEL GROSS, | No. 2:17-cv-02566 CKD P |
| 12 | Plaintiff, | |
| 13 | v. | NOTICE OF SUBMISSION OF DOCUMENTS |
| 14 | HSA MCCOY, et al., | |
| 15 | Defendants. | |

Plaintiff submits the following documents in compliance with the court's order filed _____:

\_\_\_\_ completed summons form

\_\_\_\_ completed USM-285 forms

\_\_\_\_ copies of the _____
Complaint

DATED:

_____
Plaintiff

1