McGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States and
Defendants McCoy, Tabor, and Tuttle

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHAEL GROSS, | CASE NO. 2:17-CV-2566 CKD (PC) |
|---|---|
| Plaintiff, | STIPULATED BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS AND ORDER |
| v. | |
| H.S.A. McCOY, et al. | |
| Defendants. | |

This Court previously ordered Defendants to file their responsive pleading on or before October 5, 2018. (ECF #27). On Friday, Plaintiff filed a Motion to Extend Time stating: he is in the process of being transferred to a new prison; he expects that he may not have access to his legal papers until the middle or end of November; and he would like until January 5, 2019 to respond to Defendants' responsive pleading. (ECF #29). Defendants do not agree with all assertions in Plaintiff's Motion and the governing rule provides him only 21 days to respond if a Motion to Dismiss is filed – not the 5 weeks requested from when he estimates receiving his papers. Nonetheless, in the spirit of cooperation and because Plaintiff is being transferred and there may be some delay, the parties agree to the following briefing schedule:

| Defendants' Motion To Dismiss | November 28, 2018 |
|---|---|
| Plaintiffs' Opposition | January 7, 2019 |
| Defendants' Reply | January 21, 2019 |

Stipulated Briefing Schedule re: Ds' MTD                     1

| | |
|---|---|
| Dated: October 1, 2018 | McGREGOR W. SCOTT<br>United States Attorney |
| | */s/ Kelli L. Taylor*<br>KELLI L. TAYLOR<br>Assistant United States Attorney |
| Dated: October 1, 2018 | */s/ Michael Gross*<br>MICHAEL GROSS<br>Plaintiff, in pro per |

# **O R D E R**

Good cause appearing, the Court hereby adopts the parties' stipulated briefing schedule for Defendants' Motion to Dismiss as follows:

| **Document to Be Filed:** | **Date To Be Filed On or Before:** |
|---|---|
| Defendants' Motion To Dismiss | November 28, 2018 |
| Plaintiffs' Opposition | January 7, 2019 |
| Defendants' Reply | January 21, 2019 |

It is so ORDERED.

Dated: October 5, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE