UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GROSS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MCCOY, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-02566 CKD P<br><br><br>ORDER |

  Plaintiff is a federal prisoner who filed this civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). While plaintiff's complaint was voluntarily dismissed on November 19, 2018, plaintiff has subsequently filed a motion to collect the funds that he has paid over and above the $400 filing fee for this action. ECF No. 40.

  A review of the court's docket indicates that plaintiff submitted a check from his prison trust account for the entire $400 filing fee which was received by this court on May 15, 2018. However, before that check was processed, this court issued an order granting plaintiff in forma pauperis status which required the filing fees to be collected incrementally from his prison trust account "until the filing fee is paid in full." ECF No. 11 at 2. Since the date of that order, the court has received additional payments from plaintiff's prison trust account to pay for the filing fees in this action. Therefore, it is clear to the court that plaintiff has over-paid the filing fees for

1

this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to collect over paid funds (ECF No. 40) is granted.
2. The Financial Unit of this court shall refund plaintiff's $400 check received on May 15, 2018.
3. The Clerk of Court is directed to send a copy of this order to the Financial Unit.
4. The May 21, 2018 order directing monthly payments to be made from plaintiff's prison trust account remains in full force and effect.

Dated: December 7, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/gros2566.financial.docx